# SIVIN, MILLER & ROCHE LLP

Attorneys at Law
20 Vesey Street
Suite 1400
New York, New York 10007

**MEMO ENDORSED**

Glenn D. Miller
Edward Sivin*
David Roche

Andrew C. Weiss

*also member of NJ Bar

Phone: (212) 349-0300
Fax:   (212) 406-9462

September 8, 2020

Via ECF
Hon. Kenneth M. Karas
Southern District of the State of New York
United States District Court
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

Re: Chad Stanbro v. Palou et al.,
Civil Case No. 7:20-cv-01591 (KMK)

Your Honor:

The undersigned represents plaintiff in the above matter. I write with consent of the answering defendants' counsel, who joins in this request for the status conference currently scheduled for September 18, 2020, to be adjourned to October 21, 2020, or a time thereafter amendable to the Court. We request this adjournment to provide additional time for defendant Deal to interpose an answer, and potential consolidation of the above-mentioned case with the related action filed under Civil Case No. 7:19-cv-10857. Parties have made no previous requests seeking an adjournment of this conference.

Thank you for your attention to this matter.

*Granted. The Court will hold a conf. on 10/21/2020 at 10:30 AM*

**SO ORDERED**

KENNETH M. KARAS U.S.D.J.
9/8/2020

Cc: Defense counsel (via ECF)

Very truly yours,

s/ Andrew C. Weiss
Andrew C. Weiss Bar Number: 5560537
*Attorney for Plaintiff*
Sivin, Miller & Roche, LLP
20 Vesey Street, Ste. 1400
New York, NY 10007
Telephone: (212) 349-0300
Fax: (212) 406-9462
Email: aweiss@sivinandmiller.com