UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CHAD STANBRO,

                Plaintiff,                          20-cv-1591(KMK)

                -against-

CORRECTION OFFICER NADYA PALOU, et al.,

                                                Consolidated for Purposes of Discovery
                Defendants.                      with:
-------------------------------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
CHAD STANBRO,

                Plaintiff,

                                                  19-cv-10857(KMK)

                -against-                          **DECLARATION OF**

WESTCHESTER COUNTY HEALTH CARE      **DEANNA L. COLLINS**
CORPORATION, et al.,
                Defendants.
-------------------------------------------------------------------- X

        Assistant Attorney General Deanna L. Collins, an attorney duly admitted to practice in New York State and the United States District Court for the Southern District of New York, declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

        1.        I am an Assistant Attorney General with the Office of Letitia James, Attorney General of the State of New York ("OAG"), attorney for Defendants Correction Officer ("CO") Kristofer Leonardo, CO Richard Landry, Sergeant Enrique Torres, and Nurse Gary Pagliaro.

        2.        I am fully familiar with the pleadings and discovery in this matter and the records maintained by this Office in connection with Plaintiff's federal lawsuits and New York State Court

of Claims matter, and submit this Declaration in opposition to Plaintiff's motion for spoliation sanctions for the purpose of supplying the Court with copies of the following documents in support of Defendant's motion:

   a. A screen shot from surveillance video taken at Westchester Medical Center on August 31, 2018 depicting Plaintiff and obtained by DOCCS (annexed hereto as **Exhibit A**);

   b. Excerpted pages from the transcript of the deposition taken by defense counsel of Plaintiff, dated February 3, 2021 (annexed hereto as **Exhibit B**);

   c. Photographs taken by the New York State Department of Corrections and Community Supervision ("DOCCS") at Fishkill Correctional Facility on August 31, 2018 after Plaintiff returned there from Westchester Medical Center, and obtained from DOCCS (annexed hereto as **Exhibit C**);

   d. Excerpted pages from the transcript of the deposition attended by me of Gary Pagliaro, dated February 26, 2021(annexed hereto as **Exhibit D**);

   e. Excerpted pages from the transcript of the deposition attended by me of Deputy Superintendent of Security Stephen Urbanski, dated May 4, 2021 (annexed here as **Exhibit E**);

   f. Excerpted pages from the transcript of the deposition attended by me of Sgt. Enrique Torres, dated March 4, 2021 (annexed hereto as **Exhibit F**); and

   g. Plaintiff's Notice of Intention to File Claim, received by this Office, in the matter of Stanbro v. State of New York, No. 18-030164 (N.Y. Ct. Claims 2018) (annexed hereto as **Exhibit G**).

3. On November 18, 2018, shortly following this Office's receipt of Plaintiff's Notice of Intent (Exhibit G), this Office instructed DOCCS to put a litigation hold into place.

Dated: Westchester County, NY
June 15, 2021

Respectfully submitted,

LETITIA JAMES
Attorney General
State of New York
Attorney for Defendants Kristopher Leonardo, Richard Landry, Enrique Torres, and Gary Pagliaro
By:

*/s/ Deanna L. Collins*
Deanna L. Collins
Assistant Attorney General
28 Liberty Street, 18th Floor
New York, NY 10005
(212) 416-8609
Deanna.Collins@ny.ag.gov