# EXHIBIT A



EXHIBIT 17