# EXHIBIT B

Page 1

1
2      UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK
3
       CHAD STANBRO,                    )
4                  Plaintiff,           )
                                        )
5         -against-                     )   20-cv-1591(KMK)
                                        )
6      CORRECTION OFFICER NADYA         )   VOLUME I
       PALOU, CORRECTION OFFICER        )
7      RAYMOND DEAL, CORRECTION         )
       OFFICER KRISTOFER                )
8      LEONARDO, CORRECTION             )
       OFFICER RICHARD LANDRY,          )
9      CORRECTION NURSE GARY            )
       PAGLIARO and CORRECTION          )
10     SERGEANT ENRIQUE TORRES,         )
                                        )
11                 Defendants.          )
       ─────────────────────────        )
12     CHAD STANBRO,                    )
                   Plaintiff,           )
13                                      )
          -against-                     )
14                                      )   19-cv-10857(KMK)
       WESTCHESTER COUNTY HEALTH        )
15     CARE CORPORATION,                )
       WESTCHESTER MEDICAL              )
16     CENTER, FRANK WEBER and          )
       JOHN FULL,                       )
17                 Defendants.          )
       ─────────────────────────        )
18                                      )
                                   February 3, 2021
19                                 10:30 A.M.
20              REMOTE VIDEOTAPED DEPOSITION OF CHAD
21     STANBRO, Plaintiff, being located in New York,
22     with all participants appearing remotely via
23     video, and taken stenographically by Sandra Noel
24     Bartels, a stenographic reporter and Notary Public
25     of the State of New York.

1                        C. STANBRO
2        A.    No, nobody.
3        Q.    Did you speak to the
4    transportation COs on the ride back?
5        A.    What is it?
6        Q.    Did you have any conversation
7    with the transportation COs on the way
8    back from the hospital?
9        A.    No.
10       Q.    How did they get you out of the
11   van to get inside Fishkill?
12       A.    A nurse came out and ripped me
13   out the van and I fell onto some plastic
14   chair.
15       Q.    Was it out of doors or indoors?
16       A.    Outdoors.
17       Q.    Are you able to identify this
18   nurse?
19       A.    Yeah.
20       Q.    Can you describe him or her?
21       A.    Big guy, built big, can't miss
22   him.  Probably about 300 pounds, if not
23   more.  Mustache.
24       Q.    White?  Black?  Something else?
25       A.    Brown hair, a little bit of grey.

Page 91

1                    C. STANBRO
2   Not much.
3       Q.   When you say he ripped you out of
4   the van tell me exactly what he did.  Did
5   he take you by the arm or leg or something
6   else?
7       A.   The handcuffs.  He opened up the
8   door and screamed at me you like to swing
9   on doctors and COs and ripped me out by my
10  handcuffs with one arm.  I fell face
11  forward into this chair.  The COs that
12  were in front of him, in front of me, were
13  able to catch me just before I got, you
14  know, probably some injuries other than
15  the ones I already got, before I fell on
16  my face or something.
17      Q.   The chair, was it a wheelchair or
18  regular chair or something else?
19      A.   Some kind of medical chair, I
20  don't know.
21      Q.   Had you met or encountered this
22  nurse in the past?
23      A.   I seen him passing out meds in
24  medical.  I seen him coming to the door
25  when somebody had an incident, a seizure,

1                    C. STANBRO
2   he came to wheel them out with one of
3   those same chairs.
4       Q.   So the transportation officers
5   passed you off to other COs?
6       A.   I don't know where they went.  I
7   know they got out of there.  That was it.
8       Q.   Where is there?
9       A.   Back to Fishkill.
10      Q.   Inside Fishkill where did you go,
11  where did they send you?
12      A.   Medical, infirmary.
13      Q.   When you went into the infirmary,
14  did they put you in a bed or chair or what
15  did they do?
16      A.   They wheeled me through medical,
17  got me into this room and I was still
18  stuck in that chair.  They dragged me in
19  there with that chair.  I was stuck in the
20  chair in a room until they unbuckled it
21  and I remember sliding off the chair and
22  hitting my head, hitting the back of my
23  head on the door.
24      Q.   Did you slide down the chair?
25      A.   By the time I was already there I

```
                                            Page 93
 1                    C. STANBRO
 2   was positioned messed up because they were
 3   pulling me -- being real aggressive.  I'm
 4   sure they got cameras.
 5        Q.   What makes you sure they have
 6   cameras?
 7        A.   Because I know they got cameras.
 8        Q.   Fair enough.  Are you able to
 9   identify any of these people?
10        A.   The nurse, yes.  The nurse.  The
11   captain, I can identify.
12        Q.   Is the nurse --
13        A.   That's about it.  I don't
14   remember what the COs look like.
15        Q.   Is the nurse the same person that
16   took you out of the van that you described
17   before or a different nurse?
18        A.   The nurse that took me out of the
19   van.
20        Q.   And you're saying the captain was
21   there also?
22        A.   Yes.
23        Q.   Do you know the name of the
24   captain?
25        A.   No.
```

Page 94

1                    C. STANBRO

2        Q.    And did the captain touch you
3    physically?

4        A.    No.

5        Q.    Can you describe the pain, if
6    any, you were experiencing at this time?

7        A.    Excruciating.

8        Q.    Was it better, worse or about the
9    same as you would describe before when you
10   had woken up with a knee on your neck?

11       A.    It was about the same, maybe just
12   a little bit better at that time.

13       Q.    After you slid out of the chair
14   in the infirmary, what happened next?

15       A.    I just remember them taking off
16   my pants, my shoes and using some kind of
17   plastic needle to scan the bottom of my
18   foot.

19       Q.    Did they say why they were doing
20   that?

21       A.    Trying to get some kind of
22   reflex.

23       Q.    What happened?

24       A.    He kept stabbing the bottom of my
25   foot for a long period of time and then

1                    C. STANBRO

2    probably after about however many tries he

3    did that with, he started to push on my

4    fingernail, my toe, I watched him do that.

5    I watched him pinch my legs, stuff like

6    that.

7         Q.    Who is him, the nurse or --

8         A.    The nurse.

9         Q.    Were you able to feel anything

10   from all these things the nurse was doing?

11        A.    No.

12        Q.    Was there a doctor on duty at

13   Fishkill at that time?

14        A.    I don't know.

15        Q.    Do you know what time of day it

16   was approximately that this occurred,

17   meaning that you were --

18        A.    I just know it was daytime.

19        Q.    How long were you in the

20   infirmary?

21        A.    Awhile.  It seemed like forever

22   to me.

23        Q.    What happened next?

24        A.    I remember they came in, they

25   said they got the ambulance on the way,

Page 96

```
 1                    C. STANBRO
 2   telling me to get up, get up.  I couldn't.
 3       Q.   So I just waited there and the
 4   ambulance showed up and took me to another
 5   hospital.
 6          MR. HEINZE:  I've gone for about
 7       two hours.  Is there somebody else who
 8       would like to pick it up from here?  I
 9       could keep going but I don't want to
10       monopolize all the time.
11          MS. COLLINS:  I'll be happy to
12       take over the reins for you, Mark.
13          MR. SIVIN:  It's 12:39.  You want
14       to break until 1:00 or is that too
15       long?
16          MS. COLLINS:  That's fine.  If we
17       all come back earlier and can start,
18       that's fine.
19          MR. SIVIN:  Let's make sure
20       nobody is late.
21          (Off the record 12:40 to 1:01
22       P.M.)
23   EXAMINATION BY
24   MS. COLLINS:
25       Q.   Good afternoon, Mr. Stanbro.  My
```

```
 1                    C. STANBRO
 2   of pain.
 3        Q.   So they were looking at you while
 4   they were driving or monitoring you?
 5        A.   No, he wasn't looking at me while
 6   he was driving but I know she looked back
 7   sometimes, I would watch her look back to
 8   make sure I was all right.
 9        Q.   During this trip back to
10   Fishkill, did either of the transport
11   officers assault you in any way?
12        A.   No.
13        Q.   You got back to Fishkill and at
14   some point the van stops; is that right?
15        A.   Yes.
16        Q.   Did the officers then get out of
17   the van?
18        A.   I don't think they got out right
19   away.  They drove me to the medical
20   center.
21        Q.   When they drove you to the
22   medical center and they stopped the van,
23   what happened next?
24        A.   They got out.  I remember just
25   the big nurse guy coming up with sergeant.
```

                          C. STANBRO
1
2    I know there was a couple of other COs out
3    there when I was able to see out the
4    window and he opened the van doors and
5    said you like to swing on doctors and COs,
6    do you.  And he pulled me out the van with
7    one arm and let go and I fell like face
8    first -- almost face first into this
9    medical chair but the two COs in front of
10   the chair grabbed me and then turned me
11   around and set me down in it.
12        Q.   How long were you in the van
13   stopped at the medical clinic before the
14   nurse came and got you out?
15        A.   I can't remember.
16        Q.   Approximately?
17        A.   Not long.
18        Q.   Was it less than five minutes?
19        A.   Five minutes, maybe, ten minutes,
20   seemed like a long time.  I was in a lot
21   of pain --
22        Q.   Were you left in the van by
23   yourself?
24        A.   Yes, for a moment.
25        Q.   About how long were you alone?

```
                                  Page 158
 1                    C. STANBRO
 2   lame.
 3        Q.   Did the officers say anything
 4   during this point in time?
 5        A.   The officer, no, not at that
 6   time.
 7        Q.   Did you say anything to either
 8   the nurse or officers during this time?
 9        A.   No.  A lot of pain.
10        Q.   You said a lot of pain?
11        A.   Yeah, I was in a lot of pain.  I
12   wasn't able to talk at that time.
13        Q.   You were in a lot of pain but you
14   didn't actually say a lot of pain; is that
15   right?
16        A.   Yeah, I didn't say anything.  I
17   was just in a lot of pain.  I couldn't
18   speak at the time.  I know it wouldn't
19   matter any way.
20        Q.   So they get you into this chair;
21   is that right?
22        A.   Yes, Ma'am.
23        Q.   And did someone push you into the
24   facility --
25        A.   The nurse.
```

1                C. STANBRO
2        Q.    Do you recall -- it was the nurse
3    that pushed you into the facility?
4        A.    Yes, Ma'am.
5        Q.    What were the other officers
6    during while he was pushing you into the
7    facility?
8        A.    Just following.
9        Q.    Was anybody saying anything at
10   that time while you were going into the
11   facility?
12       A.    Yeah, the nurse was saying this
13   is what your brain looks like on drugs.
14       Q.    Do you know why he would say
15   something like that?
16       A.    I don't know why he would try to
17   rip me out of the van when I was
18   paralyzed.
19       Q.    Do you know why he would
20   reference taking drugs during this time?
21       A.    I have no idea.  Maybe it was
22   because I woke up under anesthesia foggy?
23   Who knows.
24       Q.    How long of a trip is it from
25   where the van was parked until you get

```
                                    Page 160

 1                   C. STANBRO
 2   into the clinic?
 3        A.    Real fast.
 4        Q.    And they brought you right into
 5   the clinic; is that right?
 6        A.    Yes.
 7        Q.    Was there anyone else in the
 8   room?
 9        A.    In the room?
10        Q.    In the clinic.
11        A.    I don't know, there was a couple
12   COs.
13        Q.    Additional COs other than the
14   ones that were outside next to the van?
15        A.    Yes.
16        Q.    Were there any other inmates in
17   the clinic when you were there?
18        A.    Yeah, that's who he was talking
19   to, talking to the inmates in the waiting
20   room.
21        Q.    Him being the nurse?
22        A.    Yes.
23        Q.    Do you know who these inmates
24   were?
25        A.    No.
```

```
                                    Page 161
 1                  C. STANBRO
 2      Q.   Have you ever seen them before?
 3      A.   I was in a lot of pain, Miss.  I
 4  wasn't paying attention to them.
 5      Q.   I understand that.  I understand
 6  this is a difficult experience and very
 7  uncomfortable.  If you would ever like to
 8  take a break just let me know.  I'm happy
 9  to do so.
10          So when you get into the clinic
11  what is the next thing that happened?
12      A.   I remember just being in a lot of
13  pain.  I know I was sitted -- I was in
14  that chair -- I remember they took the
15  seat belt off.  I remember falling out of
16  the chair, hitting the ground.  And I
17  remember the CO taking off my pants, my
18  boots, poking the bottom of my feet with a
19  plastic needle a bunch of times.  Like I
20  watched them press on my toenails and
21  pinch my skin.
22      Q.   Did he say anything to you during
23  this time?
24      A.   Yeah, he was referencing little
25  fucker.  You're faking it.  Get up.  Just
```

Page 162

                        C. STANBRO
1
2   trying to degrade me.
3       Q.   This plastic instrument, can you
4   describe what it looks like?
5       A.   It was like a little needle, like
6   how old woman do the crocheting.  I'm not
7   going to say old women because maybe some
8   younger do it too.  But poking the bottom
9   of my feet with it.
10      Q.   Did this maneuver hurt you at
11  all?
12      A.   Again, I couldn't feel anything
13  but it was awfully excessive watching him
14  do it a thousand times.
15      Q.   Did this maneuver that the nurse
16  was doing to the bottom of your foot, did
17  it make you bleed?
18      A.   Yeah, the bottom of my foot was
19  bleeding.  I remember the nurse saying
20  when we went to Westchester saying you got
21  some blood on the bottom of your feet.
22  So, yeah.  Unless something else made me
23  bleed.  This couldn't have been too major
24  because it wasn't like I noticed gushing
25  blood.

1                    C. STANBRO

2        Q.    Did any other medical person

3    evaluate you during this time that you

4    were at the Fishkill clinic?

5        A.    I can't remember.

6        Q.    Did you speak to any other

7    medical staff while you were at the

8    Fishkill clinic?

9        A.    I don't remember speaking to

10   anybody.   I was just in a lot of pain.

11       Q.    Did anything else happen at the

12   Fishkill clinic before the EMTs came?

13       A.    I think that's about -- we

14   covered it all.   I think we covered it.

15       Q.    When the EMTs came, what did they

16   do?

17       A.    They picked me up, put me in the

18   bed and they took me to ambulance.   They

19   got me out of there, took me to the

20   hospital.

21       Q.    How long were the EMTs with you

22   at Fishkill clinic before you left?

23       A.    I don't know.

24       Q.    Do you recall how many EMTs came?

25       A.    I can't remember.

```
 1                    C. STANBRO
 2        Q.   Do you recall if it was more than
 3   one?
 4        A.   Yeah, I think it was two but like
 5   I said I can't remember so I'm not going
 6   to answer the question directly.
 7        Q.   Did the EMTs give you any kind of
 8   medical evaluation before you left
 9   Fishkill?
10        A.   I can't remember.
11        Q.   Do you remember if they said
12   anything to you during the time you were
13   at Fishkill?
14        A.   I was just relieved I was getting
15   out of there and going to the hospital.  I
16   was happy at that point because I knew I
17   was going to get some help.
18        Q.   Did they touch you in any way,
19   the EMTs before you guys left?
20        A.   They might have.  I don't
21   remember.
22        Q.   So you don't recall if they
23   tested your motor functions at that time?
24        A.   They might have.  I don't know.
25        Q.   So the EMTs take you out of
```

1                    C. STANBRO

2   Fishkill.  Where did you go?

3        A.    I went to a hospital.

4        Q.    Do you recall which hospital?

5        A.    I think it was St. Luke's.

6        Q.    Was there anything remarkable

7   about the trip between Fishkill and

8   St. Luke's that you recall?

9        A.    Remarkable?

10       Q.    Anything happen?

11       A.    Not that I remember.

12       Q.    Do you remember if the EMTs were

13  saying anything to you during this

14  transport?

15       A.    I was in a lot of pain, Miss.  I

16  don't remember.

17       Q.    Do you remember if you spoke with

18  the EMTs at all during this transport?

19       A.    I don't remember.

20       Q.    Earlier when Mr. Heinze was

21  asking you questions, I believe you

22  mentioned something about there being

23  cameras at the clinic at Fishkill.  Do you

24  recall that?

25       A.    Yes.

```
 1                    C. STANBRO
 2  transport from Fishkill to St. Luke's?
 3       A.   I think so.  Pretty sure most of
 4  it.
 5       Q.   Did you ever lose consciousness
 6  during that transport?
 7       A.   There was a few times I lost
 8  consciousness.  I don't recall when.
 9       Q.   Did you ever lose consciousness
10  while you were at the Fishkill clinic?
11       A.   I can't recall.
12       Q.   Did any officers from Fishkill go
13  with you to St. Luke's?
14       A.   Yes.
15       Q.   Do you recall who those officers
16  were?
17       A.   I don't know who they were.
18       Q.   Had you ever seen them before
19  that day?
20       A.   No.
21       Q.   Do you recall if they said
22  anything to you during that transport?
23       A.   No.
24       Q.   Did you say anything to them to
25  your recollection?
```