# EXHIBIT C





0463

EXHIBIT 23



