# EXHIBIT D

Page 1

1
2

UNITED STATES DISTRICT COURT
3  SOUTHERN DISTRICT OF NEW YORK
   ----------------------------------------X
4  CHAD STANBRO,
                              PLAINTIFF,
5
6           -against-          Case No.:
                              19-CV-10857
7
8  WESTCHESTER COUNTY HEALTH CORPORATION,
   WESTCHESTER MEDICAL CENTER, FRANK WEBER,
9  AND JOHN FULL,
10                            DEFENDANTS.
   ----------------------------------------X
11 CHAD STANBRO,
                              PLAINTIFF,
12
13          -against-          Case No.:
                              19-CV-10857
14
15 C.O. NADYA PALOU, C.O. RAYMOND DEAL, C.O.
   KRISTOPHER LEONARDO, C.O. RICHARD LANDRY,
16 CORRECTION NURSE GARY PAGLIARO, AND
   CORRECTION SERGEANT ENRIQUE TORRES,
17
                              DEFENDANTS.
18 ----------------------------------------X
19
                  DATE: February 26, 2021
20                TIME: 10:00 A.M.
21
          DEPOSITION of the Defendant,
22 GARY PAGLIARO, taken by the respective
   parties, pursuant to an Order and to the
23 Federal Rules of Civil Procedure, held via
   videoconference, before Victoria Chumas, a
24 Notary Public of the State of New York.
25

```
 1                    G. PAGLIARO
 2   adverse effect if they have three people.
 3        Q.    Now, can you describe for me
 4   the medical facility that existed at
 5   Fishkill in August of 2018?
 6        A.    Yes.  On the first floor is
 7   what we called the clinic.  It consisted of
 8   a small emergency room, doctor's offices,
 9   some nursing offices, for examinations, a
10   small conference room.  On the other side
11   is the dental clinic.
12        Q.    On the other side of what?
13        A.    So as you walk into the
14   building, on your right-hand side would be
15   the emergency room and, down the hallway
16   would be the doctor's offices.  On the
17   left-hand side would be the dental.
18        Q.    But this would be part of the
19   first floor, correct?
20        A.    First floor.
21        Q.    Okay.  Continue.
22        A.    And then, if you walk in the
23   building, instead of making a right toward
24   the clinic, you make a left, that would be
25   what we called the specialty area.  That
```

Page 25

```
 1                    G. PAGLIARO
 2   would be where we would hold like
 3   cardiology clinic, endocrinology clinic,
 4   oncology clinic, so specialists would come
 5   from the outside and inmates would come
 6   from other jails to see the specialists.
 7   That was all on the first floor.
 8        Q.    And did this first floor have a
 9   name?
10        A.    The entire building is called
11   the RMU, regional medical unit.
12        Q.    So the building is called RMU
13   or just that first floor?
14        A.    The whole building.
15        Q.    Okay.  But the first floor, how
16   would you characterize that?  First floor
17   or any other way?
18        A.    First floor, usually we
19   separated clinic and specialty.
20        Q.    Okay.
21        A.    So that is how we would
22   generally differentiate.  It's a pretty big
23   floor.
24        Q.    Okay.  So what else was in the
25   RMU then?
```

Page 26

G. PAGLIARO

1

2     A.    Okay.  So if you went up to the

3  second floor, on one side was the

4  infirmary.  That's where patients who were

5  coming back from the hospital stay,

6  patients who had illness stayed, patients

7  who needed isolation for whatever reason

8  stayed, so they had a couple of four

9  bedrooms and a couple of single rooms.  On

10  the other side of that, which would be,

11  just to give you an idea, directly above

12  the clinic, would be our long-term care

13  unit, which is more of a nursing home type

14  unit for lack of a better description.

15  Older gentleman needing a little bit more

16  care, needing to be fed and changed, you

17  know, maybe not-all-there.  Typical like

18  you would see in a nursing home.  And then

19  on the third floor, directly above the

20  long-term care unit is the world's first

21  Alzheimer's, a dedicated Alzheimer's unit

22  for inmates with Alzheimer's.

23     Q.    Anything else in the RMU?

24     A.    The basement has dialysis.

25     Q.    Anything else?

1                    G. PAGLIARO

2          A.     I mean, store rooms, supplies,

3      stuff like that, you know.

4          Q.     Okay.  Other than the RMU, were

5      there any portions of Fishkill which

6      constituted any medical facility where any

7      care and treatment was rendered to any

8      prisoners?

9          A.     We had a standalone

10     disciplinary unit called S block, and that

11     had a small nursing station in it.

12         Q.     Was S block kind of like a SHU,

13     a special housing unit?

14         A.     SHU, is a special housing unit.

15         Q.     Other than that, have we now

16     talked about all of medical facilities at

17     Fishkill?

18         A.     Yes.  To the best of my

19     knowledge.

20         Q.     Now, you mentioned that in

21     clinic there is a doctor's office, correct?

22         A.     Doctor's offices.

23         Q.     Offices okay.  So there would

24     be physicians on staff at Fishkill?

25         A.     Yes.  Absolutely.