# EXHIBIT E

```
                                                          Page 1
 1
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    ------------------------------------------X
      CHAD STANBRO,
 4                                  PLAINTIFF,
 5
              -against-            Case No.:
 6                                 19-CV-10857
 7
      WESTCHESTER COUNTY HEALTH CORPORATION,
 8    WESTCHESTER MEDICAL CENTER, FRANK WEBER,
      AND JOHN FULL,
 9
                                    DEFENDANTS.
10    ------------------------------------------X
      CHAD STANBRO,
11                                  PLAINTIFF,
12
              -against-            Case No.:
13                                 19-CV-10857
14    C.O. NADYA PALOU, C.O. RAYMOND DEAL, C.O.
      KRISTOPHER LEONARDO, C.O. RICHARD LANDRY,
15    CORRECTION NURSE GARY PAGLIARO, AND
      CORRECTION SERGEANT ENRIQUE TORRES,
16
                                    DEFENDANTS.
17    ------------------------------------------X
18
                   DATE:   May 4, 2021
19                 TIME:   11:00 A.M.
20
                DEPOSITION of the Defendant,
21    STEPHEN URBANSKI, taken by the respective
      parties, pursuant to an Order and to the
22    Federal Rules of Civil Procedure, held via
      videoconference, before Victoria Chumas, a
23    Notary Public of the State of New York.
24
25
```

Page 21

1         S. URBANSKI
2  again, I know it's that he was -- during a
3  medical procedure he had to be restrained.
4  I just don't recall specifically if the
5  force used to restrain him was around his
6  neck area or not.
7        Q.    But did you hear from any
8  source that any force was used against Mr.
9  Stanbro's neck?
10              MS. COLLINS:  Objection.  You
11       can answer.
12       A.    Again, I don't specifically
13  recall.  I know that he suffered a neck
14  injury, so I don't recall whether a staff
15  member specifically said that they used
16  force on his neck or not.
17       Q.    Well, was it your understanding
18  in any event that the neck injury was
19  sustained as a result of the use of force
20  by correction officers?
21       A.    The neck injury was a result
22  from a use of force by correction officers
23  from what I'm told, but I am not medical
24  staff.
25       Q.    Now, when you received this

Page 22

1  S. URBANSKI
2  complaint from someone at Westchester about
3  what they thought was unnecessary force
4  used against Mr. Stanbro, did you inquire
5  further to ask for specifics? Like what
6  was done? What do you think was
7  unnecessary? What type of force was used?
8      A.   It began a further
9  investigation into what took place. I
10 believe that day we contacted the Office of
11 Special Investigations for the department
12 because the injuries, once they became
13 obvious, and then the complaint from
14 Westchester Medical Center, we would have
15 called the Office of Special Investigations
16 and forwarded the issue to them because
17 they are our investigating body for our
18 department.
19     Q.   Now, was it after you received
20 this complaint from Westchester Medical
21 Center that you decided to interview
22 Officers Deal and Palou?
23     A.   They were on the way back from
24 the facility and the initial information I
25 had was a little vague. And then, by the

Page 59

1  S. URBANSKI
2  inmate was reporting that he could not feel
3  his legs and Westchester Medical Center
4  said he needed additional care, we would
5  have erred on the side of caution and he
6  would have received additional care.
7       Q.    Okay.  Were there any video or
8  surveillance cameras posted outside of the
9  RMU on August 31, 2018?
10      A.    The RMU building has no camera
11 system attached or associated with it.
12      Q.    And was that the case also back
13 in August of 2018?
14      A.    Yes, sir.
15      Q.    Okay.  How about a video system
16 whereby you could look at a monitor and see
17 somebody entering the RMU?
18      A.    I don't believe -- I am just
19 trying to -- in the interior of the fence
20 line there would be no cameras.  There is
21 one camera for an electronic gate there, so
22 there should be a camera associated with
23 the electronic gate, but it is not a
24 recording camera.
25      Q.    Okay.  Now, did you come to

1  S. URBANSKI
2  learn that after Mr. Stanbro was returned
3  to the RMU he was then brought by ambulance
4  to an outside hospital?
5      A.   Yes.
6      Q.   And did you come to learn that
7  this escort to the outside hospital was
8  videotaped?
9      A.   Yes.  I ordered the
10 videotaping.
11     Q.   To whom did you give that
12 order?
13     A.   I would probably have given it
14 to the watch commander, but specifically
15 who I gave it to that day I don't recall.
16 Sergeant Carreras was the supervisor sent
17 on it and he was given the direction.
18 Whether it came specifically for him or the
19 watch commander, I don't recall.
20     Q.   I'm sorry, what was Sergeant
21 Carreras' role that day?
22     A.   He was a supervisor that we
23 sent on the trip.
24     Q.   Why did you order that the
25 escort from the RMU to the outside hospital

```
                                              Page 61
 1                    S. URBANSKI
 2    be videotaped?
 3          A.    Well, we became aware of the
 4    significance of his injury.  The hospital
 5    had sent information that they had
 6    questioned the need for the use of force,
 7    and at that time I felt it was appropriate
 8    to send a supervisor and a videocamera on
 9    the medical trip.
10          Q.    And was it your understanding
11    that that videotape was required to be
12    preserved?
13          A.    It should be, yes.
14          Q.    Did you ever have any
15    discussions with Sergeant Carreras
16    regarding his observations of Mr. Stanbro?
17          A.    Observations in regards to?
18          Q.    Any observations he had of Mr.
19    Stanbro.
20          A.    Not that I specifically
21    remember.  I may have.
22          Q.    Have you ever viewed the
23    videotape of the escort from the RMU to the
24    outside hospital?
25          A.    I believe I did, yes.
```

```
                                              Page 62
 1                  S. URBANSKI
 2       Q.    How many times did you review
 3  that videotape?
 4       A.    I don't recall.
 5       Q.    Was it more than once?
 6       A.    Once, I would imagine.
 7       Q.    Give me just a general
 8  timeframe as to when you reviewed that
 9  videotape.
10       A.    It would have been shortly
11  after the incident, Probably the next day
12  because he went to the hospital later that
13  evening.  I would have eventually left the
14  facility, so the next day, the day after.
15       Q.    What was your purpose of
16  viewing that videotape?
17       A.    It's part of my job.
18       Q.    Do you view all or do you
19  review all videotapes of escorts of
20  prisoners to outside hospitals?
21       A.    Myself or the -- no.  Whenever
22  there is an unusual incident or a use of
23  force when a video is taken, either myself
24  or my captains review the video.
25       Q.    And did this tape also have
```

Diamond Reporting
800.727.6396                A Veritext Company                www.veritext.com

```
                                                Page 63
 1                  S. URBANSKI
 2   audio?
 3        A.    It would have.
 4        Q.    Tell me what you recall seeing
 5   on the videotape.
 6        A.    I don't recall.
 7        Q.    Do you recall --
 8        A.    It would have been the inmate
 9   being brought to the van and into the van
10   to the hospital, but the specific video, I
11   don't recall it.
12        Q.    Do you recall what Mr. Stanbro
13   appeared like in the videotape?
14        A.    The picture in the UI packet is
15   more specific to what I remember.  That he
16   could not move his lower extremities.  It
17   looked like he was in a little bit of
18   discomfort or in discomfort.
19        Q.    What did you see or hear that
20   lead you to believe that he was in
21   discomfort?
22        A.    Just the way he was acting.
23        Q.    How was he acting?
24        A.    Again, he was -- I don't know
25   how to describe it.  He appeared to be in
```

```
                                           Page 64
 1                  S. URBANSKI
 2   discomfort.
 3        Q.    Was he crying?
 4        A.    I don't recall.
 5        Q.    Was he screaming out in pain?
 6        A.    Sir, I don't recall.  I
 7   remember the pictures especially from the
 8   UI packet looked like he was in discomfort,
 9   but whether he was crying or screaming in
10   pain, I don't recall.
11        Q.    Now, when you say the pictures
12   from the UI packet, are you referring to
13   pictures of him in the Stryker chair?
14        A.    Yes.
15        Q.    I would like you to take a look
16   at Exhibit 23, which consists of two pages
17   and four photographs.  Are those the
18   photographs you just referred to?
19        A.    Yes.
20        Q.    And when you observed the
21   videotape of Mr. Stanbro's escort from the
22   RMU to the hospital, did he appear in the
23   same condition that's depicted in these
24   photographs?
25        A.    He was obviously not in a
```

```
                                                    Page 65
 1                    S. URBANSKI
 2   Stryker chair, but he appeared similarly in
 3   discomfort.
 4        Q.    Now, you say his legs were not
 5   moving.  Did you see his arms moving at any
 6   time in the videotape?
 7        A.    Sir, I reviewed the video
 8   almost three years ago.  I don't remember
 9   the specifics of the video.  Like I said
10   previously, the photos of him in the
11   Stryker chair are what stick in my memory
12   the best.
13        Q.    In the videotape, did Mr.
14   Stanbro appear conscious to you?
15              MS. COLLINS:  Objection.  You
16        can answer.
17        A.    I don't recall if he was
18   conscious the entire video or not.
19        Q.    Do you recall if he was
20   conscious at any point in the video?
21              MS. COLLINS:  Objection.  You
22        can answer.
23        A.    I believe he was.
24        Q.    And what did you see or hear
25   that led you to believe he was conscious
```