UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAD STANBRO,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　　　　-against-<br><br>CORRECTION OFFICER NADYA PALOU,<br>CORRECTION OFFICER RAYMOND DEAL,<br>CORRECTION OFFICER KRISTOFER LEONARDO,<br>CORRECTION OFFICER RICHARD LANDRY,<br>CORRECTION NURSE GARY PAGLIARO and<br>CORRECTION SERGEANT ENRIQUE TORRES,<br><br>　　　　　　　　　　　　　Defendants | Case No.: 7:20-cv-01591-KMK<br><br><br>**PROOF OF SERVICE** |

MARK F. HEINZE declares as follows:

On June 15, 2021, I served the within brief and declarations in opposition to plaintiff's motion for spoliation sanctions on all counsel via ECF.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 15, 2021

　　　　　　　　　　　　　　　　　　　　　　　_Mark F. Heinze____
　　　　　　　　　　　　　　　　　　　　　　　Mark F. Heinze

Service List
Andrew Weiss, Esq.
Sivin & Miller, LLP
Attorneys for Plaintiff
20 Vesey Street, Suite 1400
Manhattan, NY 10007
804-441-4564
Email: aweiss@sivinandmiller.com

1

Deanna Lea Collins, Esq.
New York State Office of The Attorney General
Attorneys for NYAG and Defendants Leonardo, Landry, Pagliaro & Torres
28 Liberty Street
New York, NY 10005
212-416-8906
212-416-6009 (fax)
deanna.collins@ag.ny.gov

Claudina Weis, Esq.
WILSON, BAVE, CONBOY, COZZA & COUZENS, P.C.
Attorneys for Westchester Medical Center and resident physician, Dr. John Full
707 WESTCHESTER AVE., STE. 213
WHITE PLAINS, NEW YORK 10604
Tele# (914) 686-9010
Fax# (914) 686-0873
Wbccc@wbccc.com
cweis@wbccc.com

Robert A. Fitch, Esq.
Rawle & Henderson, LLP
Attorneys for Dr. Weber
14 Wall Street, 27th Floor
New York, NY 10005
Ph: (212) 323-7070
RFitch@rawle.com