UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHAD STANBRO,

        Plaintiff,

        Case No. 7:19-cv-10857 (KMK-JCM)

    -against-

WESTCHESTER COUNTY HEALTH
CARE CORPORATION, WESTCHESTER      NOTICE OF MOTION
MEDICAL CENTER, FRANK WEBER and
JOHN FULL,

        Defendants.
-------------------------------------------------------------X
CHAD STANBRO,

        Plaintiff,

        Case No. 7:20-cv-01591 (KMK-JCM)

    -against-

CORRECTION OFFICER NADYA PALOU,
CORRECTION OFFICER RAYMOND DEAL,
CORRECTION OFFICER KRISTOFER LEONARDO,
CORRECTION OFFICER RICHARD LANDRY,
CORRECTION NURSE GARY PAGLIARO and
CORRECTION SERGEANT ENRIQUE TORRES,

        Defendants.
-------------------------------------------------------------X

    PLEASE TAKE NOTICE, that plaintiff will move before the United States District Court, Southern District of New York, 300 Quarropas Street, White Plains, NY 10601, before the Hon. Magistrate Judge Judith C. McCarthy, at a date and time to be set by the Court, for an order imposing spoliation sanctions against defendants Nadya Palou, Raymond Deal, Kristofer Leonardo, Richard Landry, and Enrique Torres, for failure to preserve a videotape of events relevant to these underlying lawsuits, and that said sanctions be in the form of adverse inferences against said

defendants, together with such other and further relief as is just, proper, and equitable.

Dated: New York, New York
      June 1, 2021

                          Sivin & Miller, LLP

                          s/ Edward Sivin
                          Edward Sivin
                          Attorneys for Plaintiff
                          20 Vesey Street, Suite 1400
                          New York, NY 10007
                          Telephone: (212) 349-0300
                          E-mail: esivin@sivinandmiller.com

To:

*Wilson, Bave, Conboy, Cozza & Couzens, P.C.*
Attorneys for Westchester County Health Care Corporation, Westchester Medical Center, and John Full
707 Westchester Avenue
White Plains, NY  10604

*Rawle & Henderson LLP*
Attorneys for Frank Weber
14 Wall Street, 27th Floor
New York, NY  10005

*New York State Office of the Attorney General*
Attorney for defendants Kristofer Leonardo, Richard Landry, Gary Pagliaro, and Enrique Torres
28 Liberty Street
New York, NY  10005

*Ofeck & Heinze, LLP*
Attorneys for Nadya Palou and Raymond Deal
85 Main Street, Suite 204
Hackensack, NJ  07601