UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHAD STANBRO,

        Plaintiff,

                      Case No. 7:19-cv-10857 (KMK-JCM)

    -against-

WESTCHESTER COUNTY HEALTH
CARE CORPORATION, WESTCHESTER
MEDICAL CENTER, FRANK WEBER and
JOHN FULL,

        Defendants.
------------------------------------------------------------X     **DECLARATION OF**
CHAD STANBRO,                                            **EDWARD SIVIN, ESQ.**

        Plaintiff,

                      Case No. 7:20-cv-01591 (KMK-JCM)

    -against-

CORRECTION OFFICER NADYA PALOU,
CORRECTION OFFICER RAYMOND DEAL,
CORRECTION OFFICER KRISTOFER LEONARDO,
CORRECTION OFFICER RICHARD LANDRY,
CORRECTION NURSE GARY PAGLIARO and
CORRECTION SERGEANT ENRIQUE TORRES,

        Defendants.
------------------------------------------------------------X

        EDWARD SIVIN declares, pursuant to 28 USC § 1746, under penalty of perjury, as follows:

    1.    I am a member of Sivin & Miller, LLP, attorneys for plaintiff in the above matter, and as such, and fully familiar with the facts and circumstances in conjunction therewith. I submit this Declaration in support of plaintiff's motion for an order imposing spoliation sanctions against defendants Nadya Palou, Raymond Deal, Kristofer Leonardo, Richard Landry, and Enrique

Torres for failure to preserve a videotape of events relevant to these underlying lawsuits, and that said sanctions be in the form of adverse inferences against said defendants, together with such other and further relief as is just, proper, and equitable.

2.  In support of the instant motion, plaintiff submits the following exhibits:

Exhibit 1: Pertinent portions of the transcript of the deposition of defendant Raymond Deal;

Exhibit 2: Pertinent portions of the transcript of the deposition of defendant Kristofer Leonardo;

Exhibit 3: Pertinent portions of the transcript of the deposition of defendant Richard Landry;

Exhibit 4: Pertinent portions of the transcript of the deposition of defendant Nadya Palou;

Exhibit 5: Pertinent portions of the transcript of the deposition of defendant Enrique Torres;

Exhibit 6: Declarations (4) of New York State officials regarding efforts to locate the videotape; and

Exhibit 7: Pertinent portions of the transcript of the deposition of Fishkill Deputy Superintendent of Security Stephen Urbanski.

Dated: June 1, 2021

_____
EDWARD SIVIN