Page 1

```
 1
 2      UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK
 3      -------------------------------------------X
        CHAD STANBRO,
 4                                    PLAINTIFF,
 5
                   -against-         Case No.:
 6                                   19-CV-10857
 7
        WESTCHESTER COUNTY HEALTH CORPORATION,
 8      WESTCHESTER MEDICAL CENTER, FRANK WEBER,
        AND JOHN FULL,
 9
                                     DEFENDANTS.
10      -------------------------------------------X
        CHAD STANBRO,
11                                   PLAINTIFF,
12
                   -against-         Case No.:
13                                   19-CV-10857
14      C.O. NADYA PALOU, C.O. RAYMOND DEAL, C.O.
        KRISTOPHER LEONARDO, C.O. RICHARD LANDRY,
15      CORRECTION NURSE GARY PAGLIARO, AND
        CORRECTION SERGEANT ENRIQUE TORRES,
16
                                     DEFENDANTS.
17      -------------------------------------------X
18
                        DATE:   April 29, 2021
19                      TIME:   12:30 P.M.
20
                   DEPOSITION of the Defendant,
21      NADYA PALOU, taken by the respective
        parties, pursuant to an Order and to the
22      Federal Rules of Civil Procedure, held via
        videoconference, before Victoria Chumas, a
23      Notary Public of the State of New York.
24
25
```

```
 1
 2     A P P E A R A N C E S:
 3
       SIVIN, MILLER & ROCHE LLP
 4        Attorneys for the Plaintiff
          CHAD STANBRO
 5        20 Vesey Street, #1400
          New York, New York 10007
 6        BY:   EDWARD SIVIN, ESQ.
          esivin@sivinandmiller.com
 7
 8
       WILSON BAVE CONBOY COZZA, P.C.
 9        ATTORNEYS FOR THE DEFENDANTS
          WESTCHESTER MEDICAL CENTER AND JOHN FULL
10        707 Westchester Avenue
          White Plains, New York 10604
11        BY:   CLAUDINE L. WEIS, ESQ.
          cweis@wbccc.com
12
13
       RAWLE & HENDERSON, LLP
14        Attorneys for the Defendant
          FRANK WEBER
15        14 Wall Street, 27th Floor
          New York, New York 10005
16        BY:   ROBERT A. FITCH, ESQ.
          rfitch@rawle.com
17
18
       NEW YORK STATE OFFICE OF THE ATTORNEY
19     GENERAL
          Attorneys for the Defendants
20        KRISTOPHER LEONARDO, C.O. RICHARD LANDRY,
          CORRECTION NURSE GARY PAGLIARO, AND
21        CORRECTION SERGEANT ENRIQUE TORRES
          28 Liberty Street, Floor 18
22        New York, New York 10005
          BY:   DEANNA L. COLLINS, ESQ.
23        deanna.collins@ag.ny.gov
24
25
```

1
2

OFECK & HEINZE, LLP
3    Attorneys for the Defendant
     C.O. Raymond Deal
4    85 Main Street, Suite 204
     Hackensack, New Jersey 07601
5    BY:   MARK F. HEINZE, ESQ.
     markfheinze@gmail.com
6
7
8    Also present:
9    Jason Miller
10   Andrew Weiss
11              *              *              *
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1

2      F E D E R A L   S T I P U L A T I O N S

3

4

5      IT IS HEREBY STIPULATED AND AGREED by and

6   between the counsel for the respective

7   parties herein that the sealing, filing and

8   certification of the within deposition be

9   waived; that the original of the deposition

10  may be signed and sworn to by the witness

11  before anyone authorized to administer an

12  oath, with the same effect as if signed

13  before a Judge of the Court; that an

14  unsigned copy of the deposition may be used

15  with the same force and effect as if signed

16  by the witness, 30 days after service of

17  the original & 1 copy of same upon counsel

18  for the witness.

19

20     IT IS FURTHER STIPULATED AND AGREED that

21  all objections except as to form, are

22  reserved to the time of trial.

23

24              *     *     *     *

25

1                    N. PALOU

2    N A D Y A    P A L O U, called as a witness,

3    having been first duly sworn by a Notary

4    Public of the State of New York, was

5    examined and testified as follows:

6    EXAMINATION BY

7    MR. SIVIN:

8                    (Whereupon, PDF Documents were

9            deemed marked as Plaintiff's Exhibits

10           34-36 for identification as of this

11           date by the Reporter.)

12       Q.      Please state your name for the

13   record.

14       A.      Nadya Palou.

15       Q.      What is your address?

16       A.      919 Valenciano Abajo, Juncos,

17   Puerto Rico 00777.

18       Q.      Good afternoon, Ms. Palou.  My

19   name is Edward Sivin, and I represent the

20   plaintiff in this lawsuit whose name is

21   Chad Stanbro.  I am going to be asking you

22   some questions about an incident that took

23   place on August 31, 2018 at the Westchester

24   Medical Center.  If for any reason you

25   don't understand a question or a question

1                        N. PALOU

2    is not clear or you can't hear the question

3    for whatever reason, don't answer the

4    question.  Ask me to repeat it or rephrase

5    it, and I will do so, okay?

6           A.     Okay.

7           Q.     I'm also going to ask that all

8    of your responses be verbal because the

9    stenographer can't take down hand gestures

10   or head gestures, okay?

11          A.     All right.

12          Q.     All right.  Now, you understand

13   that you just took an oath where you swore

14   to tell the truth, correct?

15          A.     Correct.

16          Q.     And do you understand that is

17   equivalent to an oath that you would take

18   if you were actually in a courtroom.  You

19   are under the same obligation to tell the

20   truth; do you understand that?

21          A.     Yes, I do.

22          Q.     Okay.  On August 31, 2018, were

23   you a correction officer employed by the

24   Department of Corrections and Community

25   Supervision?

1                    N. PALOU

2        A.      I was.

3        Q.      And what facility were you at?

4        A.      I was at Fishkill Correctional

5   Facility.

6        Q.      When did you graduate the

7   academy?

8        A.      That was in January of 2015.

9        Q.      I would like you to take me

10  through your assignments from when you

11  graduated until you left DOCCS?

12       A.      I went through the academy up

13  in Albany.  I graduated the academy, and I

14  was sent to Greene Correctional Facility.

15  After that, I was transferred to Fishkill

16  Correction Facility.

17       Q.      How long were you at Greene

18  Correction Facility?

19       A.      Only a couple of months.  I

20  want to say maybe two -- anywhere between

21  two to four months.

22       Q.      What did you do during those

23  two to four months at Greene Correctional

24  Facility?  What were your job duties?

25       A.      I was what they call a resource

N. PALOU

1

2     Q.     Okay.  And after you saw the IV

3 being administered, what is the next thing

4 you recall happening inside of the dental

5 office?

6     A.     I just recall the procedure

7 starting, and Dr. Weber...

8     Q.     What did you see or hear with

9 respect to this procedure?

10     A.     Well, Dr. Weber was just doing

11 something in Mr. Stanbro's mouth, that was

12 pretty much it.

13     Q.     What is the next thing you saw

14 or heard after you saw Dr. Weber doing

15 something in Mr. Stanbro's mouth?

16     A.     At one point, I heard Mr.

17 Stanbro, you know, complaining that it

18 hurt, and then Dr. Weber saying, okay I am

19 going to give you some more local

20 anesthesia.  You know, the needle they

21 stick in your gums and stuff like that.

22 So I remember Dr. Weber doing that and then

23 the procedure just continued.

24     Q.     So you saw Dr. Weber apply more

25 local anesthesia in the form of a needle in

Page 27

N. PALOU

1
2    the mouth, correct?

3         A.    Correct.

4         Q.    And then Dr. Weber continued

5    with the dental procedure?

6         A.    Correct.

7         Q.    What's the next thing that

8    happened that you saw?

9         A.    Once again, I remember after he

10   gave the anesthesia there locally, he then

11   also you know proceeded with the procedure,

12   and then at one point Mr. Stanbro once

13   again complained about pain to the mouth.

14        Q.    What happened then after

15   Stanbro complained for the second time

16   about the pain in his mouth?

17        A.    Well, the doctor was like, I

18   already gave you some local anesthesia.

19   And he was like, well, it hurts.  And then

20   I don't remember -- I don't recall at that

21   point if Dr. Weber gave him some more local

22   anesthesia, but just remember that from

23   that point on Stanbro kept complaining

24   about having pain in his mouth.

25        Q.    What happened next after Mr.

N. PALOU

Stanbro continued complaining about pain in his mouth?

A.      There was a point in time he kept complaining, and Dr. Weber was like, well, I have to do this.  You need to open your mouth or do something.  He was like, well it hurts, and that's when Stanbro, I guess from the pain and stuff, like that he started getting agitated.  And Dr. Weber was like, well I can stop the procedure or I can, you know, take the hardware off or something a long those lines.  And Chad just kept complaining, like it hurts.

Q.      And what happened then after Dr. Weber explained these various options to Mr. Stanbro?

A.      Mr. Stanbro started getting, you know, started getting agitated and stuff like that.  He said it hurt, and then at one point he came and he like abruptly sat up, and was agitated because I guess he was in pain.

Q.      Now, at the point where he sat up, was he in any type of handcuffs or leg

N. PALOU

1
2  restraints at that point?
3      A.    He had the leg restraints.  The
4  leg restraints never came off of him.  The
5  handcuffs came off of him due to them
6  having to start the anesthesia.  So he sat
7  up, and then he swung his legs around, so
8  like his legs were touching the ground, and
9  he was sitting up.
10      Q.    Now, when you say the handcuffs
11  were taken off, were they taken off both
12  hands or just one hand?
13      A.    Both hands.
14      Q.    So then you say Mr. Stanbro sat
15  up and swung his legs around and his feet
16  were touching the ground; is that correct?
17      A.    Yeah, from what I can see
18  because he was -- I am short, so everybody
19  is taller than me at this point.  So he was
20  a taller guy, so you know, his legs were
21  just swung around to the floor, and he was
22  sitting up, and he was agitated.  He was in
23  pain, I guess.
24      Q.    What happened after Mr. Stanbro
25  sat up?

1          N. PALOU
2      A.      When he sat up, I noticed that
3    he had clenched his fists, and when he
4    clenched his fists, I immediately -- still
5    outside of the room, I immediately started
6    giving him verbal commands.  You know,
7    Stanbro, you need to calm down, relax, take
8    a deep breath, stay sitting down.  And he
9    just -- he was agitated.  He was breathing
10   fast and heavy, like that heavy breathing,
11   and he still had his fists clenched.
12      Q.      Now, when you say "heavy
13   breathing," would you characterize that as
14   hyperventilating?
15      A.      Yes.
16      Q.      Where was Officer Deal during
17   this time when Mr. Stanbro was sitting up
18   in the chair and hyperventilating and had
19   his fists clenched?
20      A.      He was down towards where Chad
21   Stanbro's feet would be, so towards the
22   back of the room.  At that point, when
23   Stanbro sat up in the chair, Deal stood up,
24   so he was standing towards the back of the
25   room.

N. PALOU

1

2      Q.      What happened next?

3      A.      At that point, Stanbro, again

4  he was agitated.  I was still giving him

5  the verbal commands to calm down, relax,

6  and he was hyperventilating and he took a

7  swing with his right hand, took a swing

8  like if he meant to hit the doctor, but

9  there was no way he was going to connect

10  because at that point Dr. Weber was towards

11  the door of the room.

12      Q.      What happened after you say Mr.

13  Stanbro took a swing?

14      A.      He took a swing, and he was

15  still sitting down.  He took the swing with

16  his right hand, and he was still agitated,

17  and at that point, he stood up.  I was

18  still by the door area, and I was like,

19  Stanbro, you need to calm down.  You need

20  to sit down, relax, take a deep breath.

21  And I am still trying to give him verbal

22  commands, but at this point he had turned

23  toward my partner.

24      Q.      What happened after Stanbro

25  turned towards your partner?

N. PALOU

1
2      A.      When he turned toward my
3  partner, we were like, listen, calm down,
4  don't even think about it, relax.  And then
5  at that point Deal started giving him
6  verbal commands to sit down.  And that's
7  when I guess he got even more agitated and
8  then tried to do the same thing to my
9  partner.  Like, he took a swing at my
10  partner, but there was no way he was going
11  to connect because of the distance.
12      Q.      So he did not connect with this
13  swing; is that correct?
14      A.      That is correct.
15      Q.      All right.  What happened after
16  Stanbro took that second swing?
17      A.      When he took that swing at my
18  partner, at this point Officer Leonardo was
19  -- how can I explain it?  He was at the
20  door, and I was like a step behind or a
21  step and a half behind Officer Leonardo,
22  but Leonardo was in front of me, but like
23  my halfway point on my body.  So he was
24  towards my left side, and I still had my
25  right side.  I could see through my right

N.  PALOU

1

2   side, and he was in front of me towards my

3   left side.

4        Q.    Did Leonardo have a weapon on

5   him?

6        A.    I do not recall to be quite

7   honest.

8        Q.    Okay.  So what is the next

9   thing you saw after Leonardo was a little

10  bit in front of you and Stanbro had taken a

11  second swing?

12       A.    Okay, well Stanbro took a

13  second swing, like I said, Leonardo was in

14  front of me.  At that point, Officer

15  Leonardo grabbed him I want to say from

16  behind because he was behind Stanbro.

17  Stanbro was facing my partner.  He grabbed

18  him from behind and got him onto the dental

19  chair.

20       Q.    Describe the manner in which

21  Leonardo grabbed Mr. Stanbro from behind?

22       A.    He put his right arm underneath

23  I want to say -- Mr. Stanbro was facing --

24  he put his right arm underneath his right

25  side, and put his left arm over his

Page 34

N. PALOU

1

2  shoulder and just kind of put him down into

3  the dental chair.

4        Q.      What portion of Mr. Stanbro did

5  Officer Leonardo's right arm make contact

6  with?

7        A.      I want to say his chest area.

8        Q.      And what did Officer Leonardo

9  do then?

10       A.      He got him onto the dental

11 chair, and was still holding him on the

12 dental chair.   At that point, that's when I

13 came in and I grabbed with my left hand Mr.

14 Stanbro's right arm.   And I started

15 putting -- keeping the weapon away from

16 him, started putting downward pressure with

17 the rest of my body onto his legs to try to

18 control at least the thigh part of his

19 legs.

20       Q.      How did Leonardo get Mr.

21 Stanbro back down into the dental chair?

22       A.      He pulled him down into the

23 dental chair.

24       Q.      So Leonardo was standing behind

25 Stanbro at that point?

1                    N. PALOU

2          A.        Correct.  He was standing in

3    front of me behind Stanbro.

4          Q.        Okay.

5          A.        We were at like the door area.

6          Q.        And once Leonardo got Stanbro

7    back down into the dental chair, did

8    Leonardo continue to make contact with Mr.

9    Stanbro?

10         A.        Yes.  He continued to hold him

11   because at that point Mr. Stanbro was not

12   being compliant with the orders for him to

13   stop resisting and just relax, so he

14   continued to fidget, so Officer Leonardo

15   continued to hold him, hold his top part

16   while I continued to hold his right hand,

17   his right arm and continued to put downward

18   pressure on his legs.

19         Q.        So one of your arms was holding

20   Stanbro's arms and one was holding

21   Stanbro's legs; is that correct?

22         A.        My left hand was holding

23   Stanbro's arm and I was putting downward

24   pressure on his legs with my right arm and

25   you know my body weight, trying to keep the

Page 36

N. PALOU

1
2  weapon away from him.

3      Q.      And how about Officer Deal?
4  What, if anything, is he doing at this
5  point?

6      A.      Officer Deal, at this point, he
7  went to try to grab Stanbro's feet because
8  he was kicking still.  From the knee down,
9  he was still able to move his feet.  And at
10 that point, Stanbro kind of what I describe
11 as like a donkey kick, he kind of cocked
12 his legs back and just kicked my partner.

13     Q.      Was Stanbro lying on his back,
14 his stomach, or his side at this point?

15     A.      No, he was on his back.  He was
16 sitting down in the dental chair, not
17 sitting in a -- what I would probably say
18 is a comfortable position, but he wasn't
19 like completely -- he was kind of slouched
20 down on the chair, but he was still sitting
21 with his back on the dental chair.

22     Q.      Okay.  Did you ever see Officer
23 Leonardo make contact with Mr. Stanbro's
24 neck?

25     A.      He was holding the upper part

                        N. PALOU

1

2  of his body, yes.

3       Q.     Just to be clear, did you ever

4  see Officer Leonardo make contact with Mr.

5  Stanbro's neck?

6       A.     Not directly with his neck.

7  He was holding his head and his upper part

8  of his body.

9       Q.     How was he holding his head and

10  the upper part of his body?

11       A.     With his hands.  I don't recall

12  exactly where his hands were, but his hands

13  were like on his head, and he was telling

14  him calm down, stop moving, stop fidgeting

15  as he is holding his head.  I do remember

16  Stanbro's face was like kind of looking in

17  my direction, so towards the right side,

18  but that's about it.

19       Q.     Now, were both of Officer

20  Leonardo's hands against Mr. Stanbro's head

21  or only one of his hands?

22       A.     I couldn't really see where his

23  -- I know one of his hands were by his

24  head, but I couldn't really see if his

25  other hand was still behind his back or

Page 38

N. PALOU

2  where his other hand was.  But I do

3  remember one hand being on like his upper

4  part, on his head part, holding him down.

5      Q.    What portion of Mr. Stanbro's

6  head was being held down by Officer

7  Leonardo's hand?

8      A.    I just saw his hand on his

9  head.  I don't know like -- like I said,

10  Stanbro was looking towards the right, so I

11  want to say it was probably like towards

12  the back by his ear or something.  I don't

13  remember exactly where his hand was.

14      Q.    Okay.  Do you know one way or

15  the other whether Leonardo at any point had

16  his hand against Mr. Stanbro's neck?

17      A.    Not directly on his neck.  I

18  saw it on his head like sideways like this.

19          MR. HEINZE:  Indicating

20      touching the top left side of his

21      head.

22  A.    Correct.

23      Q.    Are you indicating by the left

24  ear?

25      A.    Correct.

Page 39

N. PALOU

1
2       Q.      Okay.   Any portion below the
3   left ear?
4       A.      Not that I can see.   I mean, at
5   this point like I said, I'm holding
6   Stanbro's hand and trying to put pressure
7   on his legs while also making sure my
8   partner was okay and giving directions to
9   my partner to get the handcuffs on Mr.
10  Stanbro.
11      Q.      Okay.   Now, do you recall
12  having a conversation with me over the
13  telephone a couple of months ago?
14      A.      When you contacted me via
15  Facebook?
16      Q.      Yes.
17      A.      Yes.
18      Q.      And at that time, did you
19  discuss with me what happened inside of the
20  dental office?
21      A.      I told you exactly what I am
22  saying right now.
23      Q.      Okay.   Do you recall telling me
24  that Leonardo's forearm was against Chad's
25  neck?

N. PALOU

A.      Well, if his hand is right here
on his left side by -- his hand is by his
left side by his ear on his head, so his
arm continues down that way, so I mean that
is what I can see from my direction.

Q.      Okay.  So you're saying that
his hand was on the side of his head and
his forearm was against Stanbro's neck; is
that correct?

A.      I'm saying his hand was by the
left side of his head, and his arm
continues down, so I don't know if it was
actually on the neck area, but I know his
hand was like this (Indicating).

Q.      Okay, but let me repeat the
question.  Do you recall telling me that
Officer Leonardo's forearm was against Mr.
Stanbro's neck?

A.      Like I said sir, if you
continue the trajectory of the arm, that's
where -- the hand was what I saw on his
left side.  So if you continue the
trajectory of the arm, you know, I am going
to assume that the arm was somewhere in

Page 41

N. PALOU

1
2   that area.

3        Q.      In the area of the neck?

4        MS. COLLINS:   Objection.

5        Q.      When you say you assume it was
6   in "that area," are you referring to the
7   neck?

8        A.      I am referring to when the
9   trajectory of the arm -- if the hand is
10  placed on the left side of the head, your
11  arm is going to continue down, so whether
12  it was directly on the neck, I could not
13  see if it was directly on the neck.  All I
14  could see is the trajectory of where the
15  arm would be going as I am holding the
16  inmate while he was still moving around and
17  thrashing around and not being complaint.

18       Q.      Okay.  Physics and trajectories
19  aside, do you recall telling me that
20  Leonardo's forearm was against Chad's neck?

21       MS. COLLINS:   Objection.   Asked
22       and  answered.

23       Q.      You can answer.

24       A.      Okay.  Like I said, I recall
25  telling you that his hand was on his head

N. PALOU

1
2    on his left side.  Whether his arm was
3    directly on his neck, that's what I could
4    see, his arm coming down.  Whether it was
5    directly on his neck, skin -- his forearm
6    skin touching his neck, I am not 100
7    percent sure.  That's what I could see, so
8    whether it was actually making contact with
9    his neck, it was around that area.
10       Q.    Okay.  For how long a period of
11   time did you see Officer Leonardo holding
12   Chad's head with his hand and then the
13   trajectory of his forearm going down?
14       A.    Up until the moment that we
15   were able to get the handcuffs on him.  Up
16   until the moment my partner, Deal, was able
17   to get the handcuffs on him.  And we told
18   Deal, you know, get the chain underneath
19   him.  So we got the chain underneath him,
20   and we were able to secure the inmate with
21   the mechanical restraints again.
22       Q.    So how long a period of time in
23   total was this that Officer Leonardo had
24   his hand holding down Chad Stanbro's head?
25       A.    I want to say maybe a minute.

N. PALOU

1
2   I mean, maybe a minute or two because by
3   the time Chad Stanbro kicked my partner, my
4   partner bounced off the wall, and we were
5   able to tell him to get the handcuffs on
6   him, so I want to say maybe, you know, two
7   to three minutes, maybe four minutes. I am
8   not 100 percent sure. I wasn't -- you
9   know, at the heat of the moment, I really
10  was not looking at the time to see what was
11  going on, how long it was taking. But I
12  want to say maybe a couple of minutes
13  because by the time Deal put the handcuffs
14  on him, we got the chain underneath him and
15  the black box to secure him.
16          Q.      And during those two minutes or
17  so, or two or three minutes, or whatever it
18  was that Leonardo had his hand holding down
19  Chad Stanbro's head, did you see Leonardo
20  take his hand off at any point?
21          A.      No, I did not. Because at that
22  point, Mr. Stanbro was still fidgeting, so
23  Leonardo was still holding him down.
24          Q.      Okay. Did you see Leonardo
25  putting his weight on Chad's neck?

N. PALOU

    A.     Excuse me, can you repeat that?
You kind of broke up.

    Q.    All right.  Do you recall
telling me that Leonardo was putting his
weight on Chad's neck?

    A.    I recall telling you that he
was holding Chad on the chair.  I don't
recall using -- necessarily saying that he
was putting the pressure on his neck.  He
was holding the inmate's upper torso area
because he was fidgeting.

    Q.    So after that two or
three-minute period when Officer Leonardo
had his hand on Chad's head until you got
him into restraints, after that period,
what happened?

    A.    Well, after we got him back in
the restraints, Chad kind of like calmed
down a little bit.  He was still
hyperventilating and you know breathing
like just hyperventilating, upset, and all
of that stuff.  At that point, I told my
partner, you guys got him, and I stepped
out of the room to go and give the watch

Page 45

                    N. PALOU

1 commander a call.

2      Q.      Before you left the room -- or

3 I should say immediately before you left

4 the room, was Chad Stanbro moving?

5      A.      Yes.  He was still moving.  He

6 was hyperventilating, still moving.  He

7 like, you know, he was still acting fine.

8 He had just calmed down.  He was still

9 hyperventilating, but he was not like --

10 how would you say it?  Like, I guess

11 fighting us.  He wasn't being disorderly.

12      Q.      How was he situated physically

13 in the office before you left?

14      A.      He was still sitting in the

15 dental chair.

16      Q.      Was he sitting upright, was he

17 lying back, or something else?

18      A.      He was lying back in the dental

19 chair in the same position as the dental

20 chair was in.

21      Q.      Okay.  And at that point, he

22 was in hand restraints?

23      A.      Yes.  He was in hand

24 restraints and the leg shackles, which

1              N. PALOU

2     never came off.

3          Q.     And immediately before you left

4     to call the watch commander, was anybody

5     physically restraining Mr. Stanbro at that

6     point?

7          A.     No.  At that point, Leonardo if

8     I recall correctly, Leonardo had already

9     like stepped away from him, but he was

10    still in that immediate area where he was

11    while he was holding him down, and Deal was

12    just standing next to me.

13         Q.     But nobody was physically

14    touching Stanbro immediately before you

15    left the office; is that correct?

16         A.     That is correct.  Not at this

17    point.  He was already in restraints, and

18    he had already calmed down.

19         Q.     Okay.  Was he speaking at that

20    point?

21         A.     He was crying and he was -- I

22    mean, I don't recall like what he actually

23    said, but he was crying, and he was still

24    hyperventilating and I guess speaking.

25         Q.     Did you see him moving any part

1                    N. PALOU

2     of his body immediately before you left the

3     office?

4           A.     Yes.  He was still moving his

5     legs.  He had moved his -- he had lifted

6     his arms, so he was still moving.

7           Q.     Did he appear to have any

8     physical restrictions at the moment

9     immediately before you left the dental

10    office to call the watch commander?

11          A.     No, not at the moment.

12          Q.     So he appeared perfectly normal

13    to you at that point.

14          A.     Yeah, he was just upset.

15          Q.     Why did you at that point make

16    a call to the watch commander?

17          A.     It's a policy that if we do

18    have a use of force we, you know, notify

19    the watch commander immediately of the use

20    of force.

21          Q.     Now, other than yourself,

22    Officer Leonardo, and Officer Deal, did any

23    other officers assist in this use of force?

24          A.     No, sir.

25          Q.     How about Officer Landry?

Page 48

1                           N. PALOU
2           A.      I did not see Officer Landry at
3    all until they went to say goodbye, that
4    they were leaving the facility.
5           Q.      Did you see any other officers
6    enter the office besides Deal and Leonardo?
7           A.      Just the Westchester Medical
8    officers that got right to the door.
9           Q.      You're talking about the
10   security staff at Westchester Medical?
11          A.      Yes, correct.
12          Q.      And that was later after the
13   incident was all over, correct?
14          A.      Correct.
15          Q.      All right.  So you called the
16   watch commander.  And who was the watch
17   commander?
18          A.      The watch commander was
19   Lieutenant Decosta.
20          Q.      And what is her first name?
21          A.      I think it's Stacey.  I can't
22   remember.
23          Q.      And how did you call her, on a
24   cell phone or some other manner?
25          A.      No.  I went into the office

Page 106

1                        N. PALOU
2                  C E R T I F I C A T E
3
4    STATE OF NEW YORK            )
                                  :    SS.:
5    COUNTY OF ORANGE             )
6
7          I, VICTORIA CHUMAS, a Notary Public
8    for and within the State of New York, do
9    hereby certify:
10         That the witness whose examination is
11   hereinbefore set forth was duly sworn and
12   that such examination is a true record of
13   the testimony given by that witness.
14         I further certify that I am not
15   related to any of the parties to this
16   action by blood or by marriage and that I
17   am in no way interested in the outcome of
18   this matter.
19         IN WITNESS WHEREOF, I have hereunto
20   set my hand this 18th day of May 2021.
21
22
23   ------------------------------
                   VICTORIA CHUMAS
24
25