UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHAD STANBRO,

                         Plaintiff,                  **SCHEDULING ORDER**

   -against-                                     19 Civ. 10857 (KMK)(JCM)

WESTCHESTER COUNTY HEALTH CARE
CORPORATION, *et al.*,

                         Defendants.
------------------------------------------------------------x
------------------------------------------------------------x
CHAD STANBRO,

                         Plaintiff,

   -against-                                     20 Civ. 1591 (KMK)(JCM)

CORRECTION OFFICER NADYA PALOU,
*et al.*,

                         Defendants.
------------------------------------------------------------x

The Telephone Conference scheduled for August 19, 2021 at 10:00 a.m. before Magistrate Judge Judith C. McCarthy is adjourned to September 10, 2021 at 11:30 a.m. Counsel shall call the following number at the time of the conference:

    <u>Toll-Free Number</u>: 877-873-8017
    <u>Access Code</u>: 4264138

The Clerk is directed to terminate the pending motion in Case No. 20 Civ. 1591, (Docket No. 82).

Dated:  August 16, 2021
          White Plains, New York

                                                       **SO ORDERED:**

                                                         JUDITH C. McCARTHY
                                                         United States Magistrate Judge