UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
CHAD STANBRO,

                            Plaintiff,          :     20-cv-1591 (KMK)(JCM)

        - against -                 :     **NOTICE OF WITHDRAWAL AS**
                                                  :     **COUNSEL**
CORRECTION OFFICER NADYA PALOU, et al., :

                          Defendants.      :
---------------------------------------------------------------- X

    **PLEASE TAKE NOTICE** that, pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, **Julie A. Ortiz**, an Assistant Attorney General in the Office of LETITIA JAMES, Attorney General of the State of New York, attorney for defendants **Richard Landry, Kristopher Leonardo, Gary Pagliaro, and Enrique Torres** in the above-captioned action, hereby withdraw as an attorney of record, as I am leaving the Office of the Attorney General. The Office of the Attorney General will continue to serve as counsel of record to defendants in the above-captioned matter, and this matter will be handled by another Assistant Attorney General who has entered their appearance.

    Therefore, I hereby respectfully request that the Court grant my withdrawal and that my appearance be removed from the docket.

Dated: Westchester, NY
          December 21, 2021

                                                      LETITIA JAMES
                                                      Attorney General
                                                      State of New York
                                                      <u>Attorney for Defendants</u>

                                                      By: <u>/s/ Julie A. Ortiz</u>
                                                      Julie A. Ortiz
                                                      Assistant Attorney General
                                                      28 Liberty Street – 18th Floor

New York, NY 10005
(212) 416-8476
Julie.Ortiz@ag.ny.gov

**IT IS SO ORDERED.**

Dated: December 27, 2021
      White Plains, NY

Hon. Kenneth M. Karas
United States District Judge