# SIVIN, MILLER & ROCHE, LLP
20 Vesey Street, Suite 1400
New York, NY  10007
Phone:  212 349-0300
Fax:  212 406-9462

June 3, 2022

<u>Via ECF</u>

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY  10601

       Re:  Stanbro v. Westchester County Health Care Corp., et al.
          Case No. 7:19-cv-10857

       Re:  Stanbro v. C.O. Nadya Palou, et al.
          Case No. 20-cv-01591

Your Honor:

The undersigned represents plaintiff in these consolidated actions.  I write in response to the June 3, 2022 letter from Claudine Weis, Esq., attorney for defendants Westchester Medical Center and John Full.  While I do not object to defendants' request for an extension of time, I wish to clarify recent events.

In an attempt to comply with the Court's directive that by June 3, 2022 the parties submit *joint* proposed jury instructions and a *joint* proposed verdict sheet, on May 23 (11 days ago), I emailed to all parties a draft of plaintiff's proposed jury instructions and verdict sheet, with a request that defendants provide me with their comments.  Despite my subsequent written reminders, to date I have not received any comments, let alone any proposed jury instructions or verdict sheets, from any of the defendants. Accordingly, at this point I am in a position to comply with this Court's directive only to the extent of filing *plaintiff's* proposed jury instructions and verdict sheet, which I am doing now.

                  Very truly yours,

                  Edward Sivin

Cc: All parties (via ECF)