UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHAD STANBRO,

        Plaintiff,

    -against-

WESTCHESTER COUNTY HEALTH
CARE CORPORATION, WESTCHESTER
MEDICAL CENTER, FRANK WEBER and      7:19-cv-10857-KMK
JOHN FULL,

        Defendants.
------------------------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHAD STANBRO,

        Plaintiff,

    -against-

CORRECTION OFFICER NADYA PALOU,
CORRECTION OFFICER RAYMOND DEAL,
CORRECTION OFFICER KRISTOFER LEONARDO,    7:20-cv-01591-KMK
CORRECTION OFFICER RICHARD LANDRY,
CORRECTION NURSE GARY PAGLIARO and
CORRECTION SERGEANT ENRIQUE TORRES,

        Defendants.
------------------------------------------------------------X

## DECLARATION OF JEB HARBEN

I, JEB HARBEN, an attorney duly admitted to practice law in this Court, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.    I am an Assistant Attorney General in the Office of LETITIA JAMES, Attorney General, State of New York, attorney for the Defendants Leonardo, Landry, Pagliaro, and Torres.

2.    I submit this declaration and the annexed exhibits in support of Defendants' Motions In Limine.

1

3. Attached as Exhibit A is a true and correct copy of a print-out from the DOCCS website containing sentencing and release information regarding Plaintiff.

4. Attached as Exhibit B is a true and correct copy of excerpts from the April 29, 2021 deposition of Defendant Nadya Palou.

5. Attached as Exhibit C is a true and correct copy of excerpts of medical records produced in this action (Bates Nos. 066, 069, 076).

Executed: New York, New York

      June 6, 2022

                                               _/s/Jeb Harben_
                                               JEB HARBEN