```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
CHAD STANBRO,
                              PLAINTIFF,

         -against-             Case No.:
                               19-CV-10857

WESTCHESTER COUNTY HEALTH CORPORATION,
WESTCHESTER MEDICAL CENTER, FRANK WEBER,
AND JOHN FULL,

                              DEFENDANTS.
-------------------------------------------X
CHAD STANBRO,
                              PLAINTIFF,

         -against-             Case No.:
                               19-CV-10857
C.O. NADYA PALOU, C.O. RAYMOND DEAL, C.O.
KRISTOPHER LEONARDO, C.O. RICHARD LANDRY,
CORRECTION NURSE GARY PAGLIARO, AND
CORRECTION SERGEANT ENRIQUE TORRES,

                              DEFENDANTS.
-------------------------------------------X

              DATE:  April 29, 2021
              TIME:  12:30 P.M.

         DEPOSITION of the Defendant,
NADYA PALOU, taken by the respective
parties, pursuant to an Order and to the
Federal Rules of Civil Procedure, held via
videoconference, before Victoria Chumas, a
Notary Public of the State of New York.
```

Page 39

1              N. PALOU
2      Q.    Okay.  Any portion below the
3  left ear?
4      A.    Not that I can see.  I mean, at
5  this point like I said, I'm holding
6  Stanbro's hand and trying to put pressure
7  on his legs while also making sure my
8  partner was okay and giving directions to
9  my partner to get the handcuffs on Mr.
10 Stanbro.
11     Q.    Okay.  Now, do you recall
12 having a conversation with me over the
13 telephone a couple of months ago?
14     A.    When you contacted me via
15 Facebook?
16     Q.    Yes.
17     A.    Yes.
18     Q.    And at that time, did you
19 discuss with me what happened inside of the
20 dental office?
21     A.    I told you exactly what I am
22 saying right now.
23     Q.    Okay.  Do you recall telling me
24 that Leonardo's forearm was against Chad's
25 neck?

```
                                                    Page 40
 1                        N. PALOU
 2        A.    Well, if his hand is right here
 3   on his left side by -- his hand is by his
 4   left side by his ear on his head, so his
 5   arm continues down that way, so I mean that
 6   is what I can see from my direction.
 7        Q.    Okay.  So you're saying that
 8   his hand was on the side of his head and
 9   his forearm was against Stanbro's neck; is
10   that correct?
11        A.    I'm saying his hand was by the
12   left side of his head, and his arm
13   continues down, so I don't know if it was
14   actually on the neck area, but I know his
15   hand was like this (Indicating).
16        Q.    Okay, but let me repeat the
17   question.  Do you recall telling me that
18   Officer Leonardo's forearm was against Mr.
19   Stanbro's neck?
20        A.    Like I said sir, if you
21   continue the trajectory of the arm, that's
22   where -- the hand was what I saw on his
23   left side.  So if you continue the
24   trajectory of the arm, you know, I am going
25   to assume that the arm was somewhere in
```

```
                                                  Page 41
 1                    N. PALOU
 2   that area.
 3        Q.    In the area of the neck?
 4              MS. COLLINS:  Objection.
 5        Q.    When you say you assume it was
 6   in "that area," are you referring to the
 7   neck?
 8        A.    I am referring to when the
 9   trajectory of the arm -- if the hand is
10   placed on the left side of the head, your
11   arm is going to continue down, so whether
12   it was directly on the neck, I could not
13   see if it was directly on the neck.  All I
14   could see is the trajectory of where the
15   arm would be going as I am holding the
16   inmate while he was still moving around and
17   thrashing around and not being complaint.
18        Q.    Okay.  Physics and trajectories
19   aside, do you recall telling me that
20   Leonardo's forearm was against Chad's neck?
21              MS. COLLINS:  Objection.  Asked
22         and  answered.
23        Q.    You can answer.
24        A.    Okay.  Like I said, I recall
25   telling you that his hand was on his head
```

```
                                              Page 42
 1                    N. PALOU
 2   on his left side.  Whether his arm was
 3   directly on his neck, that's what I could
 4   see, his arm coming down.  Whether it was
 5   directly on his neck, skin -- his forearm
 6   skin touching his neck, I am not 100
 7   percent sure.  That's what I could see, so
 8   whether it was actually making contact with
 9   his neck, it was around that area.
10        Q.    Okay.  For how long a period of
11   time did you see Officer Leonardo holding
12   Chad's head with his hand and then the
13   trajectory of his forearm going down?
14        A.    Up until the moment that we
15   were able to get the handcuffs on him.  Up
16   until the moment my partner, Deal, was able
17   to get the handcuffs on him.  And we told
18   Deal, you know, get the chain underneath
19   him.  So we got the chain underneath him,
20   and we were able to secure the inmate with
21   the mechanical restraints again.
22        Q.    So how long a period of time in
23   total was this that Officer Leonardo had
24   his hand holding down Chad Stanbro's head?
25        A.    I want to say maybe a minute.
```

```
                                                    Page 43

 1                   N. PALOU
 2    I mean, maybe a minute or two because by
 3    the time Chad Stanbro kicked my partner, my
 4    partner bounced off the wall, and we were
 5    able to tell him to get the handcuffs on
 6    him, so I want to say maybe, you know, two
 7    to three minutes, maybe four minutes.  I am
 8    not 100 percent sure.  I wasn't -- you
 9    know, at the heat of the moment, I really
10    was not looking at the time to see what was
11    going on, how long it was taking.  But I
12    want to say maybe a couple of minutes
13    because by the time Deal put the handcuffs
14    on him, we got the chain underneath him and
15    the black box to secure him.
16         Q.    And during those two minutes or
17    so, or two or three minutes, or whatever it
18    was that Leonardo had his hand holding down
19    Chad Stanbro's head, did you see Leonardo
20    take his hand off at any point?
21         A.    No, I did not.  Because at that
22    point, Mr. Stanbro was still fidgeting, so
23    Leonardo was still holding him down.
24         Q.    Okay.  Did you see Leonardo
25    putting his weight on Chad's neck?
```

|  |  |
|---|---|
|  | Page 44 |

```
 1                    N. PALOU
 2      A.    Excuse me, can you repeat that?
 3   You kind of broke up.
 4      Q.    All right.  Do you recall
 5   telling me that Leonardo was putting his
 6   weight on Chad's neck?
 7      A.    I recall telling you that he
 8   was holding Chad on the chair.  I don't
 9   recall using -- necessarily saying that he
10   was putting the pressure on his neck.  He
11   was holding the inmate's upper torso area
12   because he was fidgeting.
13      Q.    So after that two or
14   three-minute period when Officer Leonardo
15   had his hand on Chad's head until you got
16   him into restraints, after that period,
17   what happened?
18      A.    Well, after we got him back in
19   the restraints, Chad kind of like calmed
20   down a little bit.  He was still
21   hyperventilating and you know breathing
22   like just hyperventilating, upset, and all
23   of that stuff.  At that point, I told my
24   partner, you guys got him, and I stepped
25   out of the room to go and give the watch
```