# WESTCHESTER MEDICAL CENTER
WORLD-CLASS MEDICINE THAT'S NOT A WORLD AWAY.®
VALHALLA • NEW YORK • 10595

Patient STANBRO, CHAD  Birth Date [redacted]  Sex M  Rm/Bed
Attending  MR # 000001757511  Pt # 98597644  Adm Date

Table 2 of 2

| | | 2018 02 Sep 11:03 | 2018 02 Sep 02:55 |
|---|---|---|---|
| 1 | Note Description: | Attending Note<br>Created 09022018 1103<br>By Attending KUMARASWAMI, SANGEETA M.D. | Critical Care Note- Surgery-General<br>Created 09022018 0255<br>By PGY1 ESCANO VOLQUEZ, LUIS M.D. |
| 2 | - | | |
| 3 | - | | |
| 4 | Supplemental Progress Note: | | |
| 5 | Brief OP Comments | | |
| 6 | Subjective | | |
| 7 | Medications: | | |
| 8 | Vital Signs | | |
| 9 | Nursing Pain Score | | |
| 10 | Pain Management: | | |
| 11 | CVC: | | |
| 12 | Foley: | | |
| 13 | Lab Results | | |
| 14 | Assessment/Working Diagnosis | | |
| 15 | ICU Admit Date: | | |
| 16 | ICU Day #: | | |
| 17 | Primary Diagnosis= | | 27 yo M prisoner. Previosuly had jaw wired shut. Altercation with prison guards today and was wresteled to the ground and one of the guards was kneeling on his neck. Patient was noted to be unable to move after the incident.<br>PMH: neuropathic pani<br>PSH: None<br>Allergies: NKDA<br>Meds: None<br>Injuries:<br>1. Disk bulge at C5/C6 and ostephyte complex flattendign spinal cord at C4/C5<br>9/1: OR for C5-6 ACDF 2/2 to ASIA spinal cord injury at C5 |
| 18 | 24-Hour Events | | Evaluated by OMFS, not wired. Started robaxin, OR for ACDF with neurosurgery. |
| 19 | Neurological Exam | | |
| 20 | Neurological Medications | | |

Facility Westchester Medical Center
User SHERRON RHONE

Confidential

Page 13 of 15

**OAG DEFENDANTS 066**

# WESTCHESTER MEDICAL CENTER
WORLD-CLASS MEDICINE THAT'S NOT A WORLD AWAY.®
VALHALLA • NEW YORK • 10595

Patient STANBRO, CHAD  Birth Date [redacted]  Sex M  Rm/Bed
Attending  MR # 000001757511  Pt # 98597644  Adm Date

PT EVAL FS (Results from Sep 02, 2018 through Sep 05, 2018) Last Activity: 09/04/2018 09:06

Table 1 of 1

| | 2018 04 Sep 09:06 |
|---|---|
| Physical Therapy Assessment Type | Acute Rehab PT Evaluation |
| Background:- | + |
| Acute or PMR | Acute |
| Interview with Patient:- | Initial |
| Primary Diagnosis:- | ASIA A Spinal Cord Injury at C5 level |
| Precautions:- | 9/1 TLS cleared<br>9/1 PT consult |
| HPI/Hospital Course:- | 27 yo M prisoner. Previosuly had jaw wired shut, he was seen in Dental clinic in am 9/1 procedure aborted secondary to pt agitated and jumping up during the procedure. Pt went back to jail, was in an altercation with prison guards and was wresled to the ground and one of the guards was kneeling on his neck. Patient was taken to OSH, noted to be unable to move, CT showed cord compression from disc herniation, pt was started on IV methylprednisolone protocol with bolus and 23 hour infusion and was transfered to WMC for further evaluation. MRI C spine-C5-C6 has a central left paracentral large disc herniation reaching the ventral surface of the spinal cord. No signal intensity changes seen in the spinal cord. 9/1 C5-6 ACDF |
| PMH/Surgical History:- | none |
| Social Hx, Mentation, Subj, Obs: | + |
| Prior Functional Level:- | fishkill correctional facility pt reports I PTA |
| Alert and Oriented:- | Yes |
| Pleasant:- | Yes |
| Cooperative:- | Yes |
| Follows Commands:- | Follows command 3 |
| Steps with difficulty:- | No |
| Subjective:- | "i'm trying to stay positive" |

Facility Westchester Medical Center
User SHERRON RHONE

Confidential

Page 1 of 7

OAG DEFENDANTS 069



# WESTCHESTER MEDICAL CENTER
WORLD-CLASS MEDICINE THAT'S NOT A WORLD AWAY.®
VALHALLA • NEW YORK • 10595

Patient STANBRO, CHAD  Birth Date [redacted]  Sex M  Rm/Bed
Attending  MR # 000001757511  Pt # 98597644  Adm Date

## ACUTE REHAB OT EVALUATION (Results from Sep 02, 2018 through Sep 05, 2018) Last Activity: 09/04/2018 13:22

Table 1 of 1

| | 2018 04 Sep 13:22 |
|---|---|
| Background | + |
| Acute or PMR | Acute |
| Note Type : | Initial |
| Admit Date: | 9/1/2018 |
| Primary Diagnosis - | 9/1 C5-6 ACDF S/P Assault with Quadraplegia following incident |
| Secondary Diagnosis : | ASIA A SCI C5 LEVEL |
| HPI/Hospital Course : | Patient is a 27 yo M prisoner. Previosuly had jaw wired shut. Patient was in an altercation with prison guards today and was wresteled to the ground and one of the guards was kneeling on his neck. Patient was noted to be unable to move after the incident and was brought to WMC for further evaluation. |
| Comments | OT order received |
| Social Hx, Ment, Sub, Obj:- | + |
| Independent:- | Yes |
| Psycho-Social Components:- | Pt is an inmate at Fishkill Correctional Facility. |
| Prior Functional Level : | He reports full independence prior to incidence. |
| Equipment PTA:- | None |
| Work/Leisure/Education/Roles:- | Inmate. |
| Observation:- | Pt received in bed - +suction, b/l wrist restraints, foley cath attached. C.O x 2 present with pt. |
| Vital Signs: | VSS |
| Subjective | Pt awake, oriented to self, place - cued to date. Pt with quadraplegia - impaired sensory and motor. Agreeable to OT eval. |
| Edema:- | None |
| Subluxation:- | None noted |
| Energy (Endurance/Pacing): | Poor |
| Comments | RN aware of intent to assess/tx. |
| Pain Assessment | + |
| Pain Assessment | 0 - 10 Scale |
| Comments | None reported |
| Sensory/Cognitive:- | + |

Facility Westchester Medical Center
User SHERRON RHONE

Confidential

Page 1 of 5

OAG DEFENDANTS 076