UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAD STANBRO,<br><br>         Plaintiff,<br><br> v.<br><br>CORRECTION OFFICER NADYA PALOU, *et al.*,<br><br>         Defendants. | No. 20-CV-1591 (KMK) |
| CHAD STANBRO,<br><br>         Plaintiff,<br><br> v.<br><br>WESTCHESTER COUNTY HEALTH CARE CORPORATION, *et al.*,<br><br>         Defendants. | No. 19-CV-10857 (KMK)<br><br>AMENDED CALENDAR NOTICE |

KENNETH M. KARAS, District Judge:

 Please take notice that the final pre-trial conference will now be held via teleconference on Friday, June 17, 2022, at **2:00 pm**.  Counsel shall call the following number at that time:

 <u>Meeting Dial-In Number</u> (USA toll-free): (888) 363-4749 <u>Access Code</u>: 7702195

 Please enter the conference as a guest by pressing the pound sign (#).

SO ORDERED.

DATED:  June 7, 2022
      White Plains, New York

                            KENNETH M. KARAS
                            United States District Judge