

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-6185

**BY ECF**

June 9, 2022

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re: Stanbro v. Palou et al, SDNY 20 CV. 1591 (KMK)

Dear Judge Karas:

This Office represents Defendants Leonardo, Landry, Pagliaro and Torres (the "State Represented Defendants") in the above-referenced action. Plaintiff's counsel has alerted me to the fact that Exhibit A to my June 6, 2022 Declaration in support of the State Represented Defendants' Motions in Limine (ECF No. 142) contains Plaintiff's birthdate in unredacted form (it is taken from the DOCCS website, which is available to the public). This was an oversight on my part. Pursuant to E-filing Rule 21.8, I have reached out to the S.D.N.Y. ECF Help Desk and advised them of this and requested that the filing be temporarily be sealed and made unavailable to the public and that I would be contacting the Court requesting that it be formally sealed. I have been informed that the Clerk has temporarily sealed Exhibit A. Accordingly, it is respectfully requested that Exhibit A to my June 6, 2022 Declaration be formally sealed and that the State Represented Defendants be allowed to submit a redacted version of Exhibit A.

We thank the Court for its consideration.

Granted.
So Ordered.
6/9/22

Respectfully submitted,
*/s/ Jeb Harben*
_____
Jeb Harben
Assistant Attorney General
Jeb.harben@ag.ny.gov

cc: Counsel of Record (by ECF)