UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHAD STANBRO,

        Plaintiff,

    -against-

WESTCHESTER COUNTY HEALTH
CARE CORPORATION, WESTCHESTER
MEDICAL CENTER, FRANK WEBER and        7:19-cv-10857-KMK
JOHN FULL,

        Defendants.
------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHAD STANBRO,

        Plaintiff,

    -against-

CORRECTION OFFICER NADYA PALOU,
CORRECTION OFFICER RAYMOND DEAL,
CORRECTION OFFICER KRISTOFER LEONARDO,    7:20-cv-01591-KMK
CORRECTION OFFICER RICHARD LANDRY,
CORRECTION NURSE GARY PAGLIARO and
CORRECTION SERGEANT ENRIQUE TORRES,

        Defendants.
------------------------------------------------------------X

**BRIEF OF DEFENDANTS DEAL AND PALOU IN
RESPONSE TO AND JOINING OAG DEFENDANTS' MOTIONS IN LIMINE
(EF-140 in Case No. 20-cv-1591 – Deal Action)**

1

Defendants Deal and Palou submit this brief in response to and joining in the OAG defendants Leonardo, Landry, Pagliaro and Torres motion' in limine (EF-140).   The motion should be granted in its entirety, and should encompass defendants Deal and Palou, who are similarly situated to the moving defendants.

We understand that the items and topics in the motion are sought to be precluded for any purpose, including other defendants, but we expressly say that we do not disagree with any of the arguments, or the relief sought.   Furthermore, the OAG defendants' motion is entirely consistent with the motion in limine of defendants Deal and Palou (EF-136).

                    OFECK & HEINZE LLP
                    Attorneys for Defendant N. Palou &
                    R. Deal

                    By: *Mark F. Heinze*
                        Mark F. Heinze
                    85 Main Street, Suite 204
                    Hackensack, New Jersey 07601
                    Tel No. (201) 487-9900
                    markfheinze@gmail.com

                    265 Canal St #211,
                    New York, NY 10013
                    (212) 343-2662

                    ***PLEASE CORRESPOND WITH OUR NEW JERSEY OFFICE***

**PROOF OF SERVICE**

On June 13, 2022, I served the within Opposition to Plaintiff's Motion in Limine on counsel for all parties on the Service List below via ECF.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 13, 2022

*Mark F. Heinze*
Mark F. Heinze

**Service List**
Edward Sivin, Esq.
Sivin & Miller, LLP
Attorneys for Plaintiff
20 Vesey Street, Suite 1400
Manhattan, NY 10007
804-441-4564
Email: aweiss@sivinandmiller.com

John R. Doran, Esq.
New York State Office of The Attorney General
Attorneys for NYAG and Defendants Leonardo, Landry, Pagliaro & Torres
28 Liberty Street
New York, NY 10005
212-416-8906
212-416-6009 (fax)
deanna.collins@ag.ny.gov

Claudine Weis, Esq.
WILSON, BAVE, CONBOY, COZZA & COUZENS, P.C.
Attorneys for Westchester Medical Center and resident physician, Dr. John Full
707 WESTCHESTER AVE., STE. 213
WHITE PLAINS, NEW YORK 10604
Tele# (914) 686-9010
Fax# (914) 686-0873
Wbccc@wbccc.com
cweis@wbccc.com

Robert A. Fitch, Esq.
Rawle & Henderson, LLP
Attorneys for Dr. Weber
14 Wall Street, 27th Floor
New York, NY 10005
Ph: (212) 323-7070
RFitch@rawle.com