UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHAD STANBRO,

           Plaintiff,

    -against-

CORRECTION OFFICER NADYA PALOU,          7:20-cv-01591-KMK
CORRECTION NURSE GARY PAGLIARO, et al.

           Defendants.
------------------------------------------------------------X

## SUGGESTION OF DEATH

    LETITIA JAMES, Attorney General of the State of New York, attorney for defendants Landry, Leonardo, Torres, and Pagliaro herein, suggests upon the record, pursuant to Federal Rule of Civil Procedure 25(a)(1), the death of defendant GARY PAGLIARO on April 12, 2022, during the pendency of this action.

Dated:    New York, New York
            June 16, 2022

                                                      LETITIA JAMES
                                                      Attorney General of the
                                                      State of New York
                                                      Attorney for Defendants Landry,
                                                      Leonardo, Torres, and Pagliaro

                                            By:  /s/*Jeb Harben*
                                                      JEB HARBEN
                                                      JOHN R. DORAN
                                                      Assistant Attorneys General
                                                      28 Liberty Street – 18th Floor
                                                      New York, New York 10005
                                                      Tel: (212) 416-6185
                                                      Fax: (212) 416-6009/6075
                                                      jeb.harben@ag.ny.gov
                                                      john.doran@ag.ny.gov

cc: Counsel of Record (Via ECF)