UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAD STANBRO,<br><br>        Plaintiff,<br><br> v.<br><br>CORRECTION OFFICER NADYA PALOU, *et al.*,<br><br>        Defendants. | No. 20-CV-1591 (KMK) |
| CHAD STANBRO,<br><br>        Plaintiff,<br><br> v.<br><br>WESTCHESTER COUNTY HEALTH CARE CORPORATION, *et al.*,<br><br>        Defendants. | No. 19-CV-10857 (KMK)<br><br><u>SCHEDULING ORDER</u> |

KENNETH M. KARAS, United States District Judge:

  The Court deems all post-trial motions to have been made on July 14, 2022.

  Defendants shall file their respective briefs in support of their motions by no later than September 30, 2022. Plaintiff shall file his responses by no later than October 31, 2022. Defendants shall file their replies by no later than November 14, 2022. The Court will hold oral argument on all motions on December 13, 2022 at 10:00AM in Courtroom 521, U.S. District Court, 300 Quarropas Street, White Plains, New York 10601.

Plaintiff's deadline to move for attorney's fees is stayed.

SO ORDERED.

Dated:   July 15, 2022
         White Plains, New York

                                             KENNETH M. KARAS
                                             United States District Judge