UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAD STANBRO,<br><br>                           Plaintiff,<br><br>   v.<br><br>CORRECTION OFFICER NADYA PALOU, *et al.*,<br><br>                           Defendants. | No. 20-CV-1591 (KMK) |
| CHAD STANBRO,<br><br>                           Plaintiff,<br><br>   v.<br><br>WESTCHESTER COUNTY HEALTH CARE CORPORATION, *et al.*,<br><br>                           Defendants. | No. 19-CV-10857 (KMK)<br><br>ORDER |

KENNETH M. KARAS, District Judge:

     For reasons stated on the record at a status conference held on January 19, 2023, the Court denies the following pending motions: (1) Motion to Set Aside the Verdict, (Dkt. No. 208, Case No. 20-CV-1591); and (2) Motion for Directed Verdict, (Dkt. No. 211, Case No. 20-CV-1591). The Court also grants in part and denies in part the pending Motion to Set Aside the Verdict. (Dkt. No. 203, Case No. 20-CV-1591; Dkt. No. 164, Case No. 19-CV-10857.) The

Clerk of the Court is respectfully requested to terminate the pending motions. (Dkt. Nos. 203, 208, 211; Case No. 20-CV-1591; Dkt. No. 164, Case No. 19-CV-10857.)

SO ORDERED.

DATED:   January 19, 2023
         White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE