


STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-6185

January 25, 2023

**BY ECF**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re: Stanbro v. Palou, et al, 20 Civ. 1591 (KMK)

Dear Judge Karas:

This Office represents Defendant Leonardo in the above-referenced action. I write to respectfully request that the Court allow Defendants' objections to Plaintiff's proposed judgment filed on January 23, 2023 to be submitted on or before February 1, 2023.[1] I do not recall any deadline to object being set by the Court for objections, but have not yet received the transcript of the January 19 proceedings to confirm this. S.D.N.Y. Local Rule 77.1 provides for four days' notice of settlement. Preliminarily, there is a typographical error concerning the punitive damages award against Defendant Deal and it appears that Plaintiff's request for post-verdict pre-judgment interest is not allowed for Section 1983 claims, but would like more time to further research the issue as well as any other potential issues.

We thank the Court for its consideration.

Granted.

So Ordered.

/s/ *signature*
1/25/23

Respectfully submitted,

*Jeb Harben*

Jeb Harben
Assistant Attorney General
Jeb.harben@ag.ny.gov

cc: Counsel of Record By ECF

---

[1] All parties have consented to this deadline.

28 LIBERTY STREET, NEW YORK, NY 10005 ● PHONE (212) 416-8610 ● * NOT FOR SERVICE OF PAPERS
WWW.AG.NY.GOV