UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHAD STANBRO,

                            Plaintiff,

    v.

CORRECTION OFFICER NADYA PALOU, *et al.*,

                           Defendants.

No. 20-CV-1591 (KMK)

---

CHAD STANBRO,

                            Plaintiff,

    v.

WESTCHESTER COUNTY HEALTH CARE CORPORATION, *et al.*,

                           Defendants.

No. 19-CV-10857 (KMK)

<u>AMENDED ORDER</u>

---

KENNETH M. KARAS, District Judge:

       Due to a stipulation by the Parties, (*see* Letter from Edward Sivin, Esq., to Court (Feb. 15, 2023) (Dkt. No. 234; Case No. 20-CV-1591)), the Court now amends its Order regarding the disposition of certain post-trial motions, (*see* Order (Dkt. No. 227)).

       For reasons stated on the record at a status conference held on January 19, 2023, as well as stipulations by the Parties, the Court denies the Motion to Set Aside the Verdict. (Dkt. No. 208, Case No. 20-CV-1591). The Court also grants in part and denies in part the following

Motions: (1) the Motion to Set Aside the Verdict, (Dkt. No. 203, Case No. 20-CV-1591; Dkt. No. 164, Case No. 19-CV-10857), and (2) the Motion for Directed Verdict, (Dkt. No. 211, Case No. 20-CV-1591).

SO ORDERED.

DATED:   February 15, 2023
             White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE