# SIVIN, MILLER & ROCHE, LLP
20 Vesey Street, Suite 1400
New York, NY  10007
Phone:  212 349-0300
Fax:  212 406-9462

February 21, 2023

<u>Via ECF</u>

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY  10601

**MEMO ENDORSED**

      Re:  -Stanbro v. Westchester County Health Care Corp., et al.
          19-cv-10857 and
     -Stanbro v. C.O. Nadya Palou, et al.,
       20-cv-01591

Your Honor:

The undersigned represents Plaintiff in the above consolidated actions.

Now that judgment has been entered, Plaintiff intends to file his application for attorneys' fees pursuant to 42 U.S.C. § 1988.  I have conferred with counsel for Defendants, and we have agreed on the following briefing schedule, subject to the Court's approval:

-Plaintiff's motion to be filed on or before March 17, 2023

-Opposition papers to be filed on or before April 6, 2023

-Reply papers to be filed on or before April 13, 2023

Assuming this schedule is agreeable to the Court, please "so order" this letter application.

Thank you.

                             Very truly yours,

                             *Edward Sivin*

                             Edward Sivin

Cc: All parties (via ECF)

SO ORDERED

KENNETH M. KARAS U.S.D.J.

February 21, 2023