**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
CHAD STANBRO,

        Plaintiff,

    -against-                                    **NOTICE OF APPEAL**

CORRECTION OFFICER NADYA PALOU,
CORRECTION OFFICER RAYMOND DEAL,
CORRECTION OFFICER KRISTOFER LEONARDO,    7:20-cv-01591-KMK
CORRECTION OFFICER RICHARD LANDRY,
CORRECTION NURSE GARY PAGLIARO and
CORRECTION SERGEANT ENRIQUE TORRES,

        Defendants.
---------------------------------------------------------------X

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
CHAD STANBRO,

        Plaintiff,

    -against-

WESTCHESTER COUNTY HEALTH
CARE CORPORATION, WESTCHESTER
MEDICAL CENTER, FRANK WEBER and        7:19-cv-10857-KMK
JOHN FULL,

        Defendants.
---------------------------------------------------------------X

      Notice is hereby given that Defendant Kristofer Leonardo hereby appeals to the United States Court of Appeals for the Second Circuit from each and every part of the Judgment against him entered on February 21, 2023 (ECF No. 238 in 20 Civ. 01591) and the Order entered on January 19, 2023 (ECF No. 227 in 20 Civ. 1591).

Dated: New York, New York
       March 23, 2023

Respectfully submitted,

LETITIA JAMES
Attorney General
State of New York
<u>Attorney for Defendant Leonardo</u>

By: _____*/s/Jeb Harben*_____
    Jeb Harben
    Assistant Attorney General
    New York State Office
     of the Attorney General
    28 Liberty Street
    New York, New York 10005
    Tel: (212) 416-6185
    Fax: 212-416-6009
    Jeb.harben@ag.ny.gov

To:

**<u>Via E-Mail</u>**
Edward Sivin
Sivin & Miller, LLP
Counsel for Plaintiff
esivin@sivinandmiller.com

Iolanda D'Ambrosi-Francavilla, Esq.
Rawle & Henderson LLP
Counsel for defendant Frank Weber
ifrancavills@rawle.com

Claudine Weiss, Esq.
Wilson Bave Conboy Cozza & Cozza, PC
Counsel for defendants Westchester County Health Care Corporation, Westchester Medical Center and John Full
cweis@wbccc.com

Mark Heinze, Esq Ofeck & Heinze, LLP
Counsel for defendants Raymond Deal and Nadya Palou
Markfheinze@gmail.com

## **CERTIFICATE OF SERVICE**

      I, Jeb Harben, hereby certify that on March 23, 2023, I caused the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system and e-mailed to respective counsel. I further certify that the above document was served on all parties by the Court's CM/ECF system

                                            */s/Jeb Harben*
                                             Jeb Harben